1  EVAN C. BORGES, State Bar No. 128706
   *EBorges@GGTrialLaw.com*
2  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
3  Costa Mesa, California 92626
   Telephone: (949) 383-2800
4  Facsimile: (949) 383-2801

5  Attorneys for Defendants Erika N. Girardi, Pretty
   Mess, Inc., and EJ Global, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>     Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR |
| ELISSA D. MILLER, Chapter 7 Trustee,<br><br>     Plaintiff,<br><br>     v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>     Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS ERIKA N. GIRARDI, PRETTY MESS, INC. AND EJ GLOBAL, LLC TO RESPOND TO ADVERSARY COMPLAINT**<br><br>Judge:    Hon. Barry Russell |

Plaintiff Elissa D. Miller, Chapter 7 trustee ("Plaintiff") and defendants Erika N. Girardi, Pretty Mess, Inc., and EJ Global, LLC (collectively, "Defendants," and together with Plaintiff, hereinafter the "Parties"), by and through their undersigned counsel, and subject to the approval of this Court, enter into this *Stipulation and [Proposed] Order to Extend Time for Defendants Erika N. Girardi, Pretty Mess, Inc., and EJ Global, LLC to Respond to Adversary Complaint* ("Stipulation"), the purpose of which is to extend Defendants' time to respond to Plaintiff's adversary complaint by fourteen (14) days up to and including Thursday, September 2, 2021.

This Stipulation is based on the following facts:

1. On July 14, 2021, Plaintiff filed her adversary complaint (the "Complaint") against Defendants, commencing the above-captioned adversary proceeding.

2. On July 20, 2021, the Court issued its Summons and Notice of Status Conference, which provides that Defendants' responsive pleading must be filed on or before August 19, 2021, and sets a status conference before this Court on September 14, 2021.

3. On July 22, 2021, by agreement between counsel, Plaintiff served on Defendants, via email, the Complaint, Summons, and Notice of Status Conference.

4. Counsel for the Parties have agreed that Defendants may have a fourteen (14) day extension of time in which to answer, move, or otherwise respond to the Complaint, up to and including Thursday, September 2, 2021. Counsel for Defendants requested this brief courtesy extension due to having been out of the office for medical reasons during the first two weeks of August 2021. This is the first extension that has been requested and granted, and it is not sought for the purpose of delay.

**STIPULATION**

Based on the foregoing, the Parties stipulate that Defendants' time to answer, move, or otherwise respond to the Complaint is extended by fourteen (14) days up to and including September 2, 2021.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: August 17, 2021 | LAW OFFICE OF RONALD RICHARDS & ASSOCIATES, A.P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: *[signature: Ronald Richards]* |
| 5 | | Ronald H. Richards<br>Special Litigation Counsel for Plaintiff Chapter 7 trustee, Elissa D. Miller |
| 6 | | |
| 7 | DATED: August 17, 2021 | GREENBERG GROSS LLP |
| 8 | | |
| 9 | | |
| 10 | | By: *[signature: Evan C. Borges]* |
| 11 | | Evan C. Borges<br>Attorneys for Defendants Erika N. Girardi, Pretty Mess, Inc., and EJ Global, LLC |

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS that defendants Erika N. Girardi, Pretty Mess, Inc., and EJ Global, LLC shall have up to and including Thursday, September 2, 2021, in which to answer, move, or otherwise respond to the Complaint.

DATED: August ___, 2021

_____
Hon. Barry Russell
United States Bankruptcy Court Judge

-3-
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS ERIKA N. GIRARDI, PRETTY MESS, INC. AND EJ GLOBAL, LLC TO RESPOND TO ADVERSARY COMPLAINT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS ERIKA N. GIRARDI, PRETTY MESS, INC. AND EJ GLOBAL, LLC TO RESPOND TO ADVERSARY COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 17, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 17, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2021 | Cheryl Winsten | /s/ Cheryl Winsten |
|---|---|---|
| Date | Printed Name | Signature |

**In re GIRARDI KEESE**
**Elissa D. Miller, Chapter 7 Trustee v. Erika N. Girardi, et al.**
Adv. No. 2:21-ap-01155-BR
U.S.B.C. Central District of California
Los Angeles Division

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ori S Blumenfeld**    ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

- **Elissa Miller (TR)**    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com

- **Frank X Ruggier**    frank@ruggierlaw.com, enotice@pricelawgroup.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **Timothy J Yoo**    tjy@lnbyb.com

2.    **SERVED BY UNITED STATES MAIL:**

3.    **SERVED BY PERSONAL DELIVERY:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

-5-
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS ERIKA N. GIRARDI, PRETTY MESS, INC. AND EJ GLOBAL, LLC TO RESPOND TO ADVERSARY COMPLAINT