1  EVAN C. BORGES, State Bar No. 128706
     EBorges@GGTrialLaw.com
2  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
3  Costa Mesa, California 92626
   Telephone: (949) 383-2800
4  Facsimile: (949) 383-2801

5  Attorneys for Defendants Erika N. Girardi, Pretty
   Mess, Inc., and EJ Global, LLC

**FILED & ENTERED**

**AUG 18 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>    Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR |
| ELISSA D. MILLER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>    Defendants. | **ORDER EXTENDING TIME FOR DEFENDANTS ERIKA N. GIRARDI, PRETTY MESS, INC. AND EJ GLOBAL, LLC TO RESPOND TO ADVERSARY COMPLAINT**<br><br>Judge:    Hon. Barry Russell |

-2-

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS that defendants Erika N. Girardi, Pretty Mess, Inc., and EJ Global, LLC shall have up to and including Thursday, September 2, 2021, in which to answer, move, or otherwise respond to the Complaint.

Date: August 18, 2021

_____
Barry Russell
United States Bankruptcy Judge

-2-
ORDER EXTENDING TIME FOR DEFENDANTS ERIKA N. GIRARDI, PRETTY MESS, INC. AND EJ GLOBAL, LLC TO RESPOND TO ADVERSARY COMPLAINT