EVAN C. BORGES, State Bar No. 128706
　EBorges@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendants Erika N. Girardi, Pretty Mess, Inc., and EJ Global, LLC

**FILED & ENTERED**

AUG 24 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>　　　　Debtor.<br><br>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>　　　　Defendants. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR<br><br>**ORDER RE FIRST AMENDED COMPLAINT AND CONTINUANCE OF STATUS CONFERENCE**<br><br>Current Status Conference Date<br>Date:　　September 14, 2021<br>Time:　　2:00 p.m.<br>Ctrm:　　1668<br><br>Judge:　　Hon. Barry Russell |

ORDER RE FIRST AMENDED COMPLAINT AND CONTINUANCE OF STATUS CONFERENCE

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

(1) Plaintiff shall file and serve her First Amended Complaint on or before September 2 2021;

(2) Defendants shall file and serve their responsive pleading to the First Amended Complaint, whether by way of motion, answer, or otherwise, on or before September 23, 2021; and

(3) The Status Conference currently scheduled for hearing on September 14, 2021 at 2:00 p.m., is continued to October 26, 2021 at 2:00 p.m. in courtroom 1668. A joint status report is due fourteen days before the hearing date.

Date: August 24, 2021

Barry Russell
United States Bankruptcy Judge

-2-
ORDER RE FIRST AMENDED COMPLAINT AND CONTINUANCE OF STATUS CONFERENCE