1  EVAN C. BORGES, State Bar No. 128706
     *EBorges@GGTrialLaw.com*
2  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
3  Costa Mesa, California 92626
   Telephone: (949) 383-2800
4  Facsimile: (949) 383-2801

5  Attorneys for Defendants Erika N. Girardi, Pretty
   Mess, Inc., and EJ Global, LLC
6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10

11  In re                                    |  Case No. 2:20-bk-21022-BR

12  GIRARDI KEESE,                            |  Chapter 7

13            Debtor.                          |  Adv No. 2:21-ap-01155-BR

14  ────────────────────────────            |  **JOINT STIPULATION AND [PROPOSED]
                                               ORDER TO EXTEND TIME FOR
15  ELISSA D. MILLER, Chapter 7 Trustee,       DEFENDANTS TO RESPOND TO FIRST
                                               AMENDED COMPLAINT**
16            Plaintiff,
                                            |  Judge:    Hon. Barry Russell
17        v.

18  ERIKA N. GIRARDI, an individual; EJ
    GLOBAL, LLC, a limited liability company;
19  and PRETTY MESS, INC., a corporation,

20            Defendants.

21

22

23

24

25

26

27

28

─────────────────────────────────────────────────────────────
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT

1    Plaintiff Elissa D. Miller, Chapter 7 trustee ("Plaintiff") and defendants Erika N. Girardi,

2    Pretty Mess, Inc., and EJ Global, LLC (collectively, "Defendants," and together with Plaintiff, the

3    "Parties"), by and through their undersigned counsel, and subject to the approval of this Court, enter

4    into this *Joint Stipulation and [Proposed] Order to Extend Time for Defendants to Respond to First*

5    *Amended Complaint* ("Stipulation"), the purpose of which is to extend Defendants' time to respond to

6    Plaintiff's First Amended Complaint by fourteen (14) days up to and including October 7, 2021.

7    This Stipulation is based on the following facts:

8    1.    On July 14, 2021, Plaintiff filed her adversary complaint against Defendants,

9    commencing the above-captioned adversary proceeding (Dkt. 1).

10    2.    On August 24, 2021, pursuant to a stipulation of the Parties, this Court issued its

11    *Order re First Amended Complaint and Continuance of Status Conference,* setting a deadline for

12    Plaintiff to file a First Amended Complaint on or before September 2, 2021, and setting the date

13    for Defendants to respond to the First Amended Complaint on September 23, 2021 (Dkt. 11).  On

14    August 26, 2021, Plaintiff filed her First Amended Complaint (Dkt. 12).

15    3.    Counsel for the Parties have agreed that Defendants may have a fourteen (14) day

16    extension of time in which to answer, move, or otherwise respond to the First Amended

17    Complaint, up to and including October 7, 2021.  The purpose of the extension is to allow counsel

18    for the Parties additional time to meet and confer regarding the allegations of the First Amended

19    Complaint, in an attempt to narrow the issues in dispute and avoid motion practice at the pleading

20    stage directed at the First Amended Complaint.  This is the first extension requested regarding

21    Defendants' response to the First Amended Complaint, and it is not sought for the purpose of

22    delay.

23    **STIPULATION**

24    Based on the foregoing, the Parties stipulate that Defendants' time to answer, move, or

25    otherwise respond to the First Amended Complaint is extended by fourteen (14) days up to and

26    including October 7, 2021.

27    IT IS SO STIPULATED.

28

-2-

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT

1    DATED:  September 22, 2021          LAW OFFICE OF RONALD RICHARDS &
                                        ASSOCIATES, A.P.C.

2

3

4                                       By: _____
                                            Ronald N. Richards

5                                           Special Litigation Counsel for Plaintiff Chapter 7
                                            trustee, Elissa D. Miller

6

7    DATED:  September 22, 2021          GREENBERG GROSS LLP

8

9

10                                      By: _____
                                            Evan C. Borges

11                                          Attorneys for Defendants Erika N. Girardi, Pretty
                                            Mess, Inc., and EJ Global, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1                                          **ORDER**

2          Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby

3    ORDERS that Defendants' time to answer, move, or otherwise respond to the First Amended

4    Complaint is extended by fourteen (14) days up to and including October 7, 2021.

5

6    DATED:  September ___, 2021

7

8                                                    _____

9                                                    Hon. Barry Russell
                                                     United States Bankruptcy Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): ***JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒        Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐        Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 22, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

  September 22, 2021  Cheryl Winsten                                                              
       Date                          Printed Name                    Signature

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
**Elissa D. Miller. Chapter 7 Trustee v. Erika N. Girardi, et al.**
Case No. 2:21-ap-01155-BR

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ori S Blumenfeld**    ori@marguliesfaithlaw.com,
  Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

- **Elissa Miller (TR)**    CA71@ecfcbis.com,
  MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com

- **Frank X Ruggier**    frank@ruggierlaw.com, enotice@pricelawgroup.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **Timothy J Yoo**    tjy@lnbyb.com


3.    **SERVED BY PERSONAL DELIVERY:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Suite 1668
Los Angeles, CA 90012

-6-

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT