Ronald Richards (CA Bar No. 176246)
   ron@ronaldrichards.com
Morani Stelmach (CA Bar No. 296670)
   morani@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone: 310.556.1001
Facsimile: 310.277.3325

Special Litigation Counsel for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>    Debtor.<br><hr>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>    Defendants. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE (1) EXTENSION OF PENDING PLEADING DEADLINES, AND (2) CONTINUANCE OF STATUS CONFERENCE**<br><br>Judge:   Hon. Barry Russell |

1   Plaintiff Elissa D. Miller, Chapter 7 trustee ("Trustee" or "Plaintiff") and defendants Erika N.
2   Girardi, Pretty Mess, Inc., and EJ Global, LLC (collectively, "Defendants," and together with
3   Plaintiff, the "Parties"), by and through their undersigned counsel, and subject to the approval of this
4   Court, enter into this *Joint Stipulation and [Proposed] Order Re (1) Extension of Pending Pleading*
5   *Deadlines, and (2) Continuance of Status Conference* ("Stipulation"), which has been requested by
6   the Trustee for the purpose of avoiding potentially unnecessary litigation expense for all the Parties,
7   including avoiding potential motion practice regarding the Trustee's First Amended Complaint, and
8   to allow the Parties to focus on additional voluntary exchanges of information as opposed to formal
9   discovery.
10   This Stipulation is based on the following facts:
11   1.   On July 14, 2021, Plaintiff filed her adversary complaint against Defendants,
12   commencing the above-captioned adversary proceeding (Dkt. 1).  On August 26, 2021, Plaintiff
13   filed her First Amended Complaint (Dkt. 12).
14   2.   On September 22, 2021, pursuant to a prior stipulation of the Parties, this Court
15   issued its *Order to Extend Time for Defendants to Respond to First Amended Complaint,* under
16   which the date for Defendants to answer, move, or otherwise respond to the First Amended
17   Complaint was set for October 7, 2021 (Dkt. 15).  In addition, a status conference is currently set
18   before the Court on October 26, 2021, at 2:00 p.m.
19   3.   Counsel for Defendants has advised counsel for the Trustee that Defendants intend
20   to file a motion to dismiss directed at the First Amended Complaint.  Counsel for the Trustee has
21   requested, and counsel for Defendants have agreed, that to avoid the Parties incurring potentially
22   unnecessary litigation expense, the Parties (1) continue to meet and confer about the First
23   Amended Complaint to attempt to narrow the issues in dispute without motion practice, and
24   (2) exchange information informally during this time in lieu of formal discovery.  To allow time
25   for these discussions and informal exchanges of information, counsel for the Parties have agreed
26   that Defendants may have a further twenty-one (21) day extension of time in which to answer,
27   move, or otherwise respond to the First Amended Complaint, up to and including October 28,
28   2021.  In addition, counsel for the Parties have agreed that the current status conference set for

1 | October 26, 2021 at 2:00 p.m., should be continued approximately 21 days to an available date on
2 | the Court's calendar. Insofar as counsel for the Trustee is scheduled to appear before this Court on
3 | November 16, 2021 at 2:00 p.m., the Parties have agreed that the status conference currently set
4 | before this Court on October 26, 2021 shall and may be continued to November 16, 2021 at 2:00
5 | p.m. The above-referenced extension of time for Defendants to respond to the First Amended
6 | Complaint is the second extension to which the Parties have agreed and is not sought for the
7 | purpose of delay.

**STIPULATION**

Based on the foregoing, the Parties stipulate that:

1. Defendants' time to answer, move, or otherwise respond to the First Amended Complaint is extended up to and including October 28, 2021.

2. The status conference currently set before this Court on October 26, 2021 at 2:00 p.m., shall and may be continued to November 16, 2021 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: October 6, 2021        LAW OFFICE OF RONALD RICHARDS & ASSOCIATES, A.P.C.

By: /s/ Ronald Richards
Ronald N. Richards
Special Litigation Counsel for Plaintiff Chapter 7 trustee, Elissa D. Miller

DATED: October 5, 2021        GREENBERG GROSS LLP

By: /s/ Evan C. Borges
Evan C. Borges
Attorneys for Defendants Erika N. Girardi, Pretty Mess, Inc., and EJ Global, LLC

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS that:

1. Defendants' time to answer, move, or otherwise respond to the First Amended Complaint is extended up to and including October 28, 2021.

2. The status conference currently set before this Court on October 26, 2021 at 2:00 p.m., shall be continued to November 16, 2021 at 2:00 p.m.

DATED: October ___, 2021

_____
Hon. Barry Russell
United States Bankruptcy Court Judge