Ronald Richards (CA Bar No. 176246)
   ron@ronaldrichards.com
Morani Stelmach (CA Bar No. 296670)
   morani@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone: 310.556.1001
Facsimile: 310.277.3325

Special Litigation Counsel for Elissa D. Miller, Chapter 7 Trustee

FILED & ENTERED

OCT 06 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>    Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR |
| ELISSA D. MILLER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>    Defendants. | **ORDER RE**<br>**(1) EXTENSION OF PENDING PLEADING DEADLINES, AND**<br>**(2) CONTINUANCE OF STATUS CONFERENCE**<br><br>Judge:   Hon. Barry Russell |

1  Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby
2  ORDERS that:
3      1.  Defendants' time to answer, move, or otherwise respond to the First Amended
4  Complaint is extended up to and including October 28, 2021.
5      2.  The status conference currently set before this Court on October 26, 2021 at 2:00 p.m.,
6  shall be continued to November 16, 2021 at 2:00 p.m.

Date: October 6, 2021

Barry Russell
United States Bankruptcy Judge