| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Elissa D. Miller<br>　emiller@sulmeyerlaw.com<br>333 South Grand Ave., Suite 3400<br>Los Angeles, California 90071-1406<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>Chapter 7 Trustee<br><br><br>*Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br>Girardi Keese,<br><br><br><br><br><br>                                                    Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br><br>ADVERSARY NO.: 2:21-ap-01155 BR<br>(*if applicable*)<br><br>CHAPTER: 7 |
|---|---|
| Elissa D. Miller, Chapter 7 Trustee,<br><br>                                                 Plaintiff(s),<br>                    vs.<br>Erika N. Giardi, an individual; EJ Global, LLC, a limited liaibility company, and Pretty Mess, Inc. a coroporation,<br><br>                                                 Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:    Elissa D. Miller, Chapter 7 Trustee

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:    _____
   Larry W. Gabriel
   JENKINS MULLIGAN & GABRIEL
   585 Lorna Lane
   Los Angeles, CA 90049
   818-943-8992
   lgabrielaw@outlook.com

3. New attorney hereby appears in the following matters:  ☒ the bankruptcy case   ☒ the above adversary proceeding

EDM 2729000v1 This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                                Page 1                                                        **F 2091-1.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*: Law Offices of Ronald Richards & Associates, APC

Date: November 10, 2021

_[signature]_

Signature of party

Elissa D. Miller, Chapter 7 Trustee
Printed name of party

Signature of second party (if applicable)

Printed name of second party (if applicable)

Signature of third party (if applicable)

Printed name of third party (if applicable)

Signature of fourth party (if applicable)

Printed name of fourth party (if applicable)

I consent to the above substitution.

Date: November 11, 2021

_[signature]_

Signature of present attorney

Ronald Richards, Esq. for Law Offices of Ronald Richards & Associates, APC
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date: 11-10-2021

_[signature]_

Signature of new attorney

Larry Gabriel, Esq.

EDM 2729000v1 This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                        Page 2                                **F 2091-1.SUBSTITUTION.ATTY**

Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

EDM 2729000v1 This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*     Page 3     **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

333 Souith Grand Avenue, Suite 3400, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 11, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/11/2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

EDM 2729000v1 This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*  Page 4  **F 2091-1.SUBSTITUTION.ATTY**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Ori S Blumenfeld**     ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**     eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Craig G Margulies**     Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Elissa Miller (TR)**     CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **Frank X Ruggier**     frank@ruggierlaw.com, enotice@pricelawgroup.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo**     tjy@lnbyb.com

EDM 2729000v1 This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                     Page 5                              **F 2091-1.SUBSTITUTION.ATTY**