LARRY W. GABRIEL [SBN 68329]
JENKINS MULLIGAN & GABRIEL LLP
585 Lorna Lane
Los Angeles, CA 90049
Telephone: 818.943.8992
Email:    lgabrielaw@outlook.com

Special Litigation Counsel for Plaintiff
Elissa D. Miller, chapter 7 trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>      Debtor,<br><hr><br>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>      Plaintiff,<br><br>  vs.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company and PRETTY MESS, INC., a corporation,<br><br>      Defendants. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br><br>Adv. No. 2:21-ap-01155-BR<br><br>**NOTICE OF CONTINUED STATUS CONFERENCE HEARING USING ZOOMGOV AUDIO AND VIDEO**<br><br>**Judge:  Hon. Barry Russell**<br><br>**Original Hearing Date**<br>Hearing Date:   April 19, 2022<br>Hearing Time:   10:00 a.m.<br><br>**Continued Hearing Date:**<br>Hearing Date:   May 17, 2022<br>Hearing Time:   2:00 p.m.<br><br>Place:   Courtroom 1668<br>United States Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:**

-1-

1    **PLEASE TAKE NOTICE THAT** Judge Barry Russell has ordered that the hearing on the Status Conference on this matter originally set for April 19, 2022 at 10 a.m. is continued to May 17, 2022 at 2:00 p.m.  The Court further ordered that the Status Report on this matter be filed no later than 14 days before the hearing, or May 3, 2022.

Dated:  April 19, 2022            JENKINS MULLIGAN & GABRIEL LLP


By:       /s/ Larry W. Gabriel
        Larry W. Gabriel
Special Litigation Counsel for Plaintiff, Elissa D. Miller, Chapter 7 Trustee, Estate of Girardi Keese

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8001 Lurline Avenue, Winnetka, CA 91306.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED STATUS CONFERENCE HEARING USING ZOOMGOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**\*\*Judge's courtesy copies are not required if under 25 pages, pursuant to General Order 21-05\*\***

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 20, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ori S Blumenfeld**    ori@marguliesfaithlaw.com,
  Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Elissa Miller (TR)**    CA71@ecfcbis.com,
  MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Frank X Ruggier**    frank@ruggierlaw.com, enotice@pricelawgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo**    tjy@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 20, 2022 | KRISTINA DOW | /s/ Kristina Dow |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**