1  EVAN C. BORGES, State Bar No. 128706
     *EBorges@GGTrialLaw.com*
2  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
3  Costa Mesa, California 92626
   Telephone: (949) 383-2800
4  Facsimile: (949) 383-2801

5  Attorneys for Defendant Erika Girardi

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>    Debtor.<br><br>--- | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE 42 DAY CONTINUANCE OF HEARING TO ALLOW FOR APPRAISAL OF PROPERTY AND SETTLEMENT DISCUSSIONS** |
| ELISSA D. MILLER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>    Defendants. | <u>Current hearing:</u><br>Date:  May 17, 2022<br>Time:  2:00 p.m.<br><br><u>Proposed continued hearing:</u><br>Date:  June 28, 2022<br>Time:  2:00 p.m.<br><br>Judge:    Hon. Barry Russell |

JOINT STIPULATION AND [PROPOSED] ORDER

1  Plaintiff Elissa D. Miller, Chapter 7 trustee ("Trustee") and defendant Erika Girardi ("Ms.
2  Girardi") (collectively the "Parties"), by and through their undersigned counsel, and subject to the
3  approval of this Court, enter into this *Joint Stipulation and [Proposed] Order Re 42 Day Continuance*
4  *of Hearing To Allow for Appraisal of Property and Settlement Discussions* ("Stipulation"), based
5  upon the following facts:
6      A.    On July 14, 2021, the Trustee commenced the above-referenced adversary action
7  against Ms. Girardi and other defendants (the "Adversary Action") [ECF Doc. 1];
8      B.    On January 25, 2022, the Trustee filed in the Adversary Action a *Notice of Motion*
9  *and Motion for Order for Turnover of Personal Property* [ECF Doc. 28], which seeks an Order
10 compelling the turnover by Ms. Girardi of certain diamond earrings (the "Earrings") acquired in
11 approximately March 2007 (the "Earrings Motion").
12     C.    On January 26, 2022, Ms. Girardi filed a *Preliminary Opposition* to the Earrings
13 Motion [ECF Doc. 31], arguing that the claims in the Earrings Motion are time-barred, affirming
14 her willingness to deposit the Earrings into an escrow subject to a mutual reservation of rights and
15 pending a final court order, and requesting a continuance of the hearing date to be able to conduct
16 discovery into the underlying facts prior to a decision on the Earrings Motion.
17     D.    On February 1, 2022, the parties filed a prior *Joint Stipulation and [Proposed]*
18 *Order Re:  (1) Holding Disputed Property In Trust Subject to Mutual Reservation of Rights and*
19 *Pending Final Court Order; and (2) Continuance of Hearing to Allow for Discovery* [ECF Doc.
20 36] (the "Prior Stipulation"), which the Court approved [ECF Doc. 37], setting the hearing on the
21 Earrings Motion for 2 p.m. on May 17, 2022.
22     E.    Since the time of the Prior Stipulation, the parties by agreement have placed the
23 earrings in a safe deposit box, and have agreed to a process for appraisal of the earrings.  The
24 appraisal has not been completed.  The parties also have been engaged in settlement discussions,
25 including an in-person meeting and several discussions between counsel.
26     F.    The parties have agreed that, subject to this Court's approval, to allow time for the
27 appraisal to be completed and to permit the parties to determine whether a mutually-agreeable
28 settlement can be reached, the current May 17, 2022 hearing date on the Earrings Motion should

be continued for a period of approximately 42 days to June 28, 2022, at 2 p.m., or to the next available date on the Court's calendar.

## STIPULATION

1. The terms of this Stipulation are subject to an order of this Court approving same.

2. To allow time for the appraisal to be completed and to permit the parties to determine whether a mutually-agreeable settlement can be reached, the current May 17, 2022 hearing date on the Earrings Motion should be continued for a period of approximately 42 days to **June 28, 2022, at 2 p.m**., or to the next convenient date thereafter on the Court's calendar (the "Continued Hearing Date").

3. Ms. Girardi shall have the right to file a supplemental Opposition to the Earrings Motion, which must be filed and served at least 14 calendar days prior to the Continued Hearing Date. The Trustee's reply papers, if any, shall be filed and served 7 calendar days prior to the Continued Hearing Date.

IT IS SO STIPULATED.

DATED: May 2, 2022                    SMILEY WANG-EKVALL, LLP

By: /s/ Philip E. Strok
    Philip E. Strok
    Kyra E. Andrassy
    Timothy W. Evanston
    Attorneys for Elissa D. Miller, Chapter 7 Trustee

JENKINS MULLIGAN & GABRIEL LLP

DATED: May 2, 2022

By: /s/ Larry W. Gabriel
    Larry W. Gabriel
    Special Litigation Counsel to
    Elissa D. Miller, Chapter 7 Trustee

DATED: May 2, 2022                                    GREENBERG GROSS LLP

By: /s/ Evan C. Borges
Evan C. Borges
Attorneys for Defendant Erika N. Girardi

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS that:

1. The current May 17, 2022 hearing date on the Earrings Motion is hereby continued for a period of approximately 42 days to June 28, 2022, at 2:00 p.m. before this Court, or to such date thereafter that the Court now sets as _____ at __p.m./a.m. (the "Continued Hearing Date").

2. Ms. Girardi shall have the right to file a supplemental Opposition to the Earrings Motion, which must be filed and served at least 14 calendar days prior to the Continued Hearing Date. The Trustee's reply papers, if any, shall be filed and served 7 calendar days prior to the Continued Hearing Date.

DATED: _____, 2022

_____
Hon. Barry Russell
United States Bankruptcy Court Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STIPULATION AND [PROPOSED] ORDER RE 42 DAY CONTINUANCE OF HEARING TO ALLOW FOR APPRAISAL OF PROPERTY AND SETTLEMENT DISCUSSIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 2, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **May 2, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 2, 2022 | Cheryl Winsten | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
**Elissa D. Miller. Chapter 7 Trustee v. Erika N. Girardi, et al.**
Case No. 2:21-ap-01155-BR

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ori S Blumenfeld**   ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com

- **Evan C Borges**   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

- **Larry W Gabriel**   lgabrielaw@outlook.com, tinadow17@gmail.com

- **Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com

- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- **Frank X Ruggier**   frank@ruggierlaw.com, enotice@pricelawgroup.com

- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

- **Timothy J Yoo**   tjy@lnbyb.com

2. **SERVED BY U.S. MAIL:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Suite 1668
Los Angeles, CA 90012