United States Bankruptcy Court

Central District of California

Miller,
    Plaintiff

Adv. Proc. No. 21-01155-BR

Girardi,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: May 04, 2022      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: emiller@sulmeyerlaw.com | May 05 2022 00:32:00 | Elissa Miller, SulmeyerKupetz, A Professional Corporati, 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-1538 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | EJ Global, LLC, a limited liability company |
| dft | | Erika Girardi |
| dft | | Pretty Mess, Inc., a corporation |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Craig G Margulies
     on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com
     Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Daniel A Lev

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: May 04, 2022 | Form ID: pdf031 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com  ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| Elissa Miller (TR) | |
| | CA71@ecfcbis.com  MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com |
| Evan C Borges | |
| | on behalf of Defendant Pretty Mess  Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | |
| | on behalf of Defendant EJ Global  LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | |
| | on behalf of Defendant Erika Girardi eborges@ggtriallaw.com  cwinsten@ggtriallaw.com |
| Frank X Ruggier | |
| | on behalf of Interested Party Courtesy NEF frank@ruggierlaw.com  enotice@pricelawgroup.com |
| Larry W Gabriel | |
| | on behalf of Trustee Elissa Miller (TR) lgabrielaw@outlook.com  tinadow17@gmail.com |
| Larry W Gabriel | |
| | on behalf of Plaintiff Elissa Miller lgabrielaw@outlook.com  tinadow17@gmail.com |
| Ori S Blumenfeld | |
| | on behalf of Interested Party Courtesy NEF oblumenfeld@laklawyers.com  Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com |
| Timothy J Yoo | |
| | on behalf of Interested Party Courtesy NEF tjy@lnbyb.com |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 13

EVAN C. BORGES, State Bar No. 128706
  EBorges@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendant Erika Girardi

**FILED & ENTERED**

MAY 04 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>      Debtor.<br><br>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>      Plaintiff,<br><br>    v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>      Defendants. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR<br><br>**ORDER RE 42 DAY CONTINUANCE OF HEARING TO ALLOW FOR APPRAISAL OF PROPERTY AND SETTLEMENT DISCUSSIONS**<br><br><u>Current hearing:</u><br>Date: May 17, 2022<br>Time: 2:00 p.m.<br><br><u>Proposed continued hearing:</u><br>Date: June 28, 2022<br>Time: 2:00 p.m.<br><br>Judge:   Hon. Barry Russell |

ORDER RE 42 DAY CONTINUANCE OF HEARING TO ALLOW FOR APPRAISAL OF PROPERTY AND
SETTLEMENT DISCUSSIONS

1      Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby

2  ORDERS that:

3      1.    The current May 17, 2022 hearing date on the Earrings Motion is hereby continued

4  to June 28, 2022, at 2:00 p.m. in courtroom 1668.

5      2.    Ms. Girardi shall have the right to file a supplemental Opposition to the Earrings

6  Motion, which must be filed and served at least 14 calendar days prior to the Continued Hearing

7  Date.  The Trustee's reply papers, if any, shall be filed and served 7 calendar days prior to the

8  Continued Hearing Date.

10  ###

24  Date: May 4, 2022

                                              Barry Russell
                                              United States Bankruptcy Judge