1  LARRY W. GABRIEL [SBN 68329]
   JENKINS MULLIGAN & GABRIEL LLP
2  585 Lorna Lane
   Los Angeles, CA 90049
3  Telephone:  818.943.8992
   Email:    lgabrielaw@outlook.com
4

5  Special Litigation Counsel for Plaintiff
   Elissa D. Miller, Chapter 7 Trustee
6

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter 7 |
| Debtor, | |
| ELISSA D. MILLER, Chapter 7 Trustee | Adv. No. 2:21-ap-01155-BR |
| Plaintiff, | **NOTICE RESCHEDULING HEARING ON TRUSTEE'S MOTION FOR TURNOVER OF PERSONAL PROPERTY** |
| vs. | **HEARING USING ZOOMGOV AUDIO AND VIDEO** |
| ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company and PRETTY MESS, INC., a corporation, | **Judge:  Hon. Barry Russell** |
| Defendants | **Original Hearing Date**<br>Hearing Date:   May 17, 2022<br>Hearing Time:   2:00 p.m. |
| | **Continued Hearing Date:**<br>Hearing Date:   June 28, 2022<br>Hearing Time:   2:00 p.m. |
| | Place:  Courtroom1668<br>United States Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO ALL INTEREST PARTIES:**

    **NOTICE IS HEREBY GIVEN** that Judge Barry Russell has ordered the hearing on the

-1-

1   Trustee's Motion for Turnover of Personal Property previously scheduled for May 17, 2022 at
2   2:00 p.m. is continued to June 28, 2022 at 2:00 p.m. before the Honorable Barry Russell in
3   Courtroom 1668 of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles,
4   California 90012. Each interested party opposing or responding to the Motion must file and serve
5   the response ("Response") on the moving party and the United States Trustee not later than 14
6   days before the date designated for the hearing. [LBR 9013-1(f)(i)] Any reply must be filed not
7   later than 7 days prior to the hearing on the Motion.

Dated: May 17, 2022                    JENKINS MULLIGAN & GABRIEL LLP

By_____
         Larry W. Gabriel
Special Litigation Counsel for Plaintiff, Elissa D.
Miller, Chapter 7 Trustee, Estate of Girardi Keese

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8001 Lurline Avenue, Winnetka, CA 91306.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE RESCHEDULING HEARING ON TRUSTEE'S MOTION FOR TURNOVER OF PERSONAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**\*\*Judge's courtesy copies are not required if under 25 pages, pursuant to General Order 21-05\*\***

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 17, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ori S Blumenfeld**    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Elissa Miller (TR)**    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com; ccaldwell@sulmeyerlaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Frank X Ruggier**    frank@ruggierlaw.com, enotice@pricelawgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo**    tjy@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 17, 2022 | KRISTINA DOW | /s/ Kristina Dow |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE