| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Evan C. Borges<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92676<br>Telephone: 949-383-2800<br>Facsimile: 949-383-2801<br>Email: EBorges@GGTrialLaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendants Erika Girardi, et al. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GIRARDI KEESE<br><br>Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br>ADVERSARY NO.: 2:21-ap-01155-BR<br>CHAPTER: 7 |
|---|---|
| ELISSA D. MILLER, Chapter 7 Trustee<br><br>Plaintiff(s).<br>vs.<br>ERIKA N. GIRARDI, and individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 06/28/2022<br>TIME: 2:00 p.m.<br>COURTROOM: 1668<br>ADDRESS: Edward R. Roybal Federal Building<br>255 E Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

| | | |
|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ Yes  ☐ No |
| 2. | Have all parties filed and served answers to the Claims Documents? | ☒ Yes  ☐ No |
| 3. | Have all motions addressed to the Claims Documents been resolved? | ☐ Yes  ☒ No |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | ☒ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　　　　　**F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):
The parties have been actively engaged in settlement discussions, and continue do to so.
The parties have exchanged documents as required by Rule 26.
Formal discovery has not been conducted due to the settlement discussions, in the interest of the parties to reduce attorney fees to the extent possible.

Should the parties not reach a settlement by July 15, 2022, the parties will commence formal discovery.

The parties request that this status conference be continued for 30 days based upn the suggested deadline for settlement.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| January 2023 | January 2023 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Discovery includes an extension examination of debtors documents. Should be completed within 30 -45 days. This allows 4 months for discovery before trial. | Defendants agree with Plaintiff's comments. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| December 2022 | December 2022 |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Deposition of Defendant, Of Debtor's accountants, Debtors former CFO, Possible former debtor attorneys (3). | Same depositions identified by Plaintiff. Request for Documents to Plaintiff. Third-party subpoenas. 30(b)(6) Deposition of Plaintiff. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| two weeks non-jury. | Two weeks, jury. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 7, including expert and trustee. | 6, including Defendant and expert. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*   Page 2   **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time. Much of the case is related to the accounting and bank accounts of the debtor. | Unknown at this time. |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 11/01/2022 | (*date*) 11/01/2022 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
    please see item 5 above.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes   ☒ No | ☐ Yes   ☒ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　　　　　　　Page 3　　　　　　　　　　　**F 7016-1.STATUS.REPORT**

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Defendants intend to file a motion to withdraw the reference due to, inter alia, jury trial rights on Plaintiff's fraudulent conveyance and other claims.

Respectfully submitted,

Date: 06/27/2022

Jenkins Mulligan & Gabriel, LLP
Printed name of law firm

/s/ Larry W. Gabriel
Signature

Larry W. Gabriel
Printed name

Attorney for: Plaintiff, Trustee Elissa D. Miller

Date: 06/27/2022

GREENBERG GROSS LLP
Printed name of law firm

[signature: Evan C. Borges]
Signature

Evan C. Borges
Printed name

Attorney for: Defendants Erika Girardi, et al.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/27/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/27/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/27/2022 | Cheryl Winsten | */s/ Cheryl Winsten* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 5      **F 7016-1.STATUS.REPORT**

Case 2:21-ap-01155-BR    Doc 49    Filed 06/27/22    Entered 06/27/22 11:54:00    Desc
Main Document    Page 6 of 6

<u>**In re GIRARDI KEESE**</u><br>
Case No. 2:20-bk-21022-BR<br>
**Elissa D. Miller. Chapter 7 Trustee v. Erika N. Girardi, et al.**<br>
Case No. 2:21-ap-01155-BR

**1.    <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING</u>:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ori S Blumenfeld**    ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **Elissa Miller (TR)**    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Frank X Ruggier**    frank@ruggierlaw.com, enotice@pricelawgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo**    tjy@lnbyb.com

**3.    <u>SERVED BY PERSONAL DELIVERY:</u>**

<u>**U.S. Bankruptcy Court:**</u>
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Suite 1668
Los Angeles, CA 90012

-6-
JOINT STATUS REPORT