| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>LARRY W. GABRIEL [SBN 68329]<br>JENKINS MULLIGAN & GABRIEL LLP<br>585 Lorna Lane<br>Los Angeles, CA 90049<br>Telephone: 818.943.8992<br>Email: lgabrielaw@outlook.com<br><br>☐ *Individual appearing without attorney*<br>☒ Special Litigation Counsel for Plaintiff<br>  Elissa D. Miller, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>In re GIRARDI KEESE,<br><br>Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:21-ap-01155-BR |
|---|---|
| ELISSA D. MILLER, Chapter 7 Trustee for the Estate of Girardi Keese,<br><br>Plaintiff(s),<br><br>vs.<br><br>ERIKA J. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:  ORDER RE CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF PERSONAL PROPERTY** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER RE CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF PERSONAL PROPERTY** was lodged on (*date*) June 30, 2022 and is attached.  This order relates to the motion which is docket number 28.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                 Page 1                                 F 9021-1.2.ADV.NOTICE.LODGMENT

1  LARRY W. GABRIEL [SBN 68329]
   JENKINS MULLIGAN & GABRIEL LLP
2  585 Lorna Lane
   Los Angeles, CA 90049
3  Telephone: 818.943.8992
   Email:    lgabrielaw@outlook.com
4
   Special Litigation Counsel for Plaintiff
5  Elissa D. Miller, Chapter 7 Trustee

6  **UNITED STATES DISTRICT COURT**

7  **CENTRAL DISTRICT OF CALIFORNIA**

8  **LOS ANGELES DIVISION**

| | |
|---|---|
| In re GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR |
| ELISSA D. MILLER, Chapter 7 Trustee for the Estate of Girardi Keese,<br><br>Plaintiff,<br><br>vs.<br><br>ERIKA J. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>Defendants. | Adv. Case: 2:21-ap-01155-BR<br><br>**ORDER RE CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF PERSONAL PROPERTY**<br><br>Date:  June 28, 2022<br>Time:  2:00 p.m.<br>Place: Courtroom 1668<br>         Edward R. Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br><br>Judge: Barry Russel |

A hearing was held on June 28, 2022, at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, to consider the Motion of the Chapter 7 Trustee for an Order Compelling Turnover of Personal Property, the Declarations of Elissa D. Miller, Daphne Masin, and Larry W. Gabriel [Doc. 28] (the "Motion") and the Trustee's

-1-

390911

1   Request for Judicial Notice, [Doc. 29] filed by Elissa D. Miller, the Chapter 7 Trustee (the

2   "Trustee") for the bankruptcy estate of Girardi Keese (the "Debtor").  Larry W. Gabriel of Jenkins

3   Mulligan & Gabriel LLP appeared on behalf of the Trustee, and Evan C. Borges of Greenberg

4   Gross LLP appeared on behalf of Erika Girardi.

5       The Court, having considered the Trustee's Motion and Request for Judicial Notice, Erika

6   Girardi's Opposition to the Motion [Doc. 47] and the Trustee's Reply to the Opposition [Doc. 48],

7   and having considered the statements of counsel made at the hearing on the Motion, and good

8   cause appearing,

9       **IT IS HEREBY ORDERED THAT:**

10      1.    The Motion is granted;

11      2.    The parties acknowledged that the Diamond Earrings (the "Property") identified in

12  the Motion and pursuant to the previous stipulations of the parties and orders thereon, [Docs. 36,

13  37, 43 and 44] have been placed in the possession of the Trustee, and that the same now are

14  contained in a safety-deposit box at a duly qualified and insured banking institution;

15      3.    That the Trustee shall maintain possession and control of the Property until such

16  time as the Property has been appraised, at which time the Trustee may notice a sale of the

17  Diamond Earrings.

18      4.    The Trustee shall them maintain the proceeds from the sale of the Property in a

19  segregated Trust account, subject to further order of the Court.

20      # # #

390911

-2-

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
8001 Lurline Avenue, Winnetka, CA  91306.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) June 30, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
U.S. Bankruptcy Court
255 East Temple, Ctrm. 1668
Los Angeles, CA  90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2022 | KRISTINA DOW | Kristina Dow |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.ADV.NOTICE.LODGMENT

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Ori S Blumenfeld**   oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges**   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Larry W Gabriel**   lgabrielaw@outlook.com, tinadow17@gmail.com
- **Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Frank X Ruggier**   frank@ruggierlaw.com, enotice@pricelawgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo**   tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 3                             **F 9021-1.2.ADV.NOTICE.LODGMENT**