

**FILED & ENTERED**

**JUL 05 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GIRARDI KESSE,<br><br><br><br><br><br>Debtor(s),<br><br>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>Plaintiff(s),<br><br>Vs.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited company; and PRETTY MESS, INC., a corporation,<br><br>Defendant(s). | CASE NO: 2:20-21022 BR<br>ADV NO:  21-01155 BR<br><br>Chapter 7<br><br>ORDER RE SANCTIONS<br><br><br>Hearing date: June 28, 2022<br>Time:        2:00 p.m.<br>Courtroom:    1668<br><br>Edward Roybal Building<br>255 E Temple St<br>Los Angeles, CA 90012 |

  A continued status conference hearing on the adversary proceeding was held on June 28, 2022. Attorney Larry W. Gabriel appeared on behalf of the plaintiff. Evan C. Borges appeared on behalf of the defendants.  At the status conference hearing, the Court issued a

- 1

sanction upon Larry W. Gabriel, attorney for the plaintiff, and Evan C. Borges, attorney for the defendants, for their lack of filing a timely status report.

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to comply with Rule 7016-1 may result in sanctions. No adequate excuse was offered for the failure to comply with Rule 7016-1 and this court's order.

**IT IS HEREBY ORDERED** that a sanction is imposed upon each counsel, Larry W. Gabriel, attorney for the plaintiff, and Evan C. Borges, attorney for the defendants, in the amount of $400, payable to the U.S. Bankruptcy Court, Clerk of Court, General Fund account, within two weeks of the entry of this order.

**IT IS SO ORDERED.**

Date: July 5, 2022

_____
Barry Russell
United States Bankruptcy Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28