United States Bankruptcy Court

Central District of California

Miller,
    Plaintiff

Girardi,
    Defendant

Adv. Proc. No. 21-01155-BR

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jul 05, 2022      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: emiller@sulmeyerlaw.com | Jul 06 2022 05:04:00 | Elissa Miller, SulmeyerKupetz, A Professional Corporati, 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-1538 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | EJ Global, LLC, a limited liability company |
| dft | | Erika Girardi |
| dft | | Pretty Mess, Inc., a corporation |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Craig G Margulies
     on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com
     Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Daniel A Lev

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 05, 2022 | Form ID: pdf031 | Total Noticed: 1

|   |   |
|---|---|
| | on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com  ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| Elissa Miller (TR) | CA71@ecfcbis.com  MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com |
| Evan C Borges | on behalf of Defendant Pretty Mess  Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | on behalf of Defendant EJ Global  LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | on behalf of Defendant Erika Girardi eborges@ggtriallaw.com  cwinsten@ggtriallaw.com |
| Frank X Ruggier | on behalf of Interested Party Courtesy NEF frank@ruggierlaw.com  enotice@pricelawgroup.com |
| Larry W Gabriel | on behalf of Trustee Elissa Miller (TR) lgabrielaw@outlook.com  tinadow17@gmail.com |
| Larry W Gabriel | on behalf of Plaintiff Elissa Miller lgabrielaw@outlook.com  tinadow17@gmail.com |
| Ori S Blumenfeld | on behalf of Interested Party Courtesy NEF oblumenfeld@laklawyers.com nlessard@laklawyers.com;smcfadden@laklawyers.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com |
| Timothy J Yoo | on behalf of Interested Party Courtesy NEF tjy@lnbyb.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 13

**FILED & ENTERED**

**JUL 05 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GIRARDI KESSE,<br><br><br><br><br>Debtor(s),<br><br>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>Plaintiff(s),<br><br>Vs.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited company; and PRETTY MESS, INC., a corporation,<br><br>Defendant(s). | CASE NO: 2:20-21022 BR<br>ADV NO: 21-01155 BR<br><br>Chapter 7<br><br>ORDER RE SANCTIONS<br><br><br>Hearing date: June 28, 2022<br>Time:         2:00 p.m.<br>Courtroom:    1668<br><br>Edward Roybal Building<br>255 E Temple St<br>Los Angeles, CA 90012 |

A continued status conference hearing on the adversary proceeding was held on June 28, 2022. Attorney Larry W. Gabriel appeared on behalf of the plaintiff. Evan C. Borges appeared on behalf of the defendants. At the status conference hearing, the Court issued a

- 1

sanction upon Larry W. Gabriel, attorney for the plaintiff, and Evan C. Borges, attorney for the defendants, for their lack of filing a timely status report.

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to comply with Rule 7016-1 may result in sanctions. No adequate excuse was offered for the failure to comply with Rule 7016-1 and this court's order.

**IT IS HEREBY ORDERED** that a sanction is imposed upon each counsel, Larry W. Gabriel, attorney for the plaintiff, and Evan C. Borges, attorney for the defendants, in the amount of $400, payable to the U.S. Bankruptcy Court, Clerk of Court, General Fund account, within two weeks of the entry of this order.

**IT IS SO ORDERED.**

Date: July 5, 2022

Barry Russell
United States Bankruptcy Judge

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3