1   LARRY W. GABRIEL [SBN 68329]
    JENKINS MULLIGAN & GABRIEL LLP
2   585 Lorna Lane
    Los Angeles, CA 90049
3   Telephone:  818.943.8992
    Email:      lgabrielaw@outlook.com
4
    Special Litigation Counsel for Plaintiff
5   Elissa D. Miller, Chapter 7 Trustee

FILED & ENTERED

JUL 11 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver      DEPUTY CLERK

6               UNITED STATES DISTRICT COURT

7               CENTRAL DISTRICT OF CALIFORNIA

8                   LOS ANGELES DIVISION

9

10   In re GIRARDI KEESE,                    Case No. 2:20-bk-21022-BR

11                Debtor.

12

13   _____          Adv. Case:  2:21-ap-01155-BR

     ELISSA D. MILLER, Chapter 7 Trustee for the
14   Estate of Girardi Keese,                **ORDER RE CHAPTER 7 TRUSTEE'S
                                             MOTION FOR TURNOVER OF
15                Plaintiff,                 PERSONAL PROPERTY**

16        vs.

17   ERIKA J. GIRARDI, an individual; EJ     Date:   June 28, 2022
     GLOBAL, LLC, a limited liability company; and   Time:   2:00 p.m.
18   PRETTY MESS, INC., a corporation,       Place:  Courtroom 1668
                                                     Edward R. Roybal Federal Building
19                Defendants.                        255 E. Temple Street
                                                     Los Angeles, CA 90012
20

21                                           Judge: Barry Russel

22

23        A hearing was held on June 28, 2022, at 10:00 a.m. before the Honorable Barry Russell,

24   United States Bankruptcy Judge, in Courtroom 1668 of the United States Bankruptcy Court,

25   located at 255 E. Temple Street, Los Angeles, California 90012, to consider the Motion of  the

26   Chapter 7 Trustee for an Order Compelling Turnover of Personal Property, the Declarations of

27   Elissa D. Miller, Daphne Masin, and Larry W. Gabriel  [Doc. 28] (the "Motion") and the Trustee's

28
                                           -1-
     390911

1   Request for Judicial Notice, [Doc. 29] filed by Elissa D. Miller, the Chapter 7 Trustee (the

2   "Trustee") for the bankruptcy estate of Girardi Keese (the "Debtor").  Larry W. Gabriel of Jenkins

3   Mulligan & Gabriel LLP appeared on behalf of the Trustee, and Evan C. Borges of Greenberg

4   Gross LLP appeared on behalf of Erika Girardi.

5       The Court, having considered the Trustee's Motion and Request for Judicial Notice, Erika

6   Girardi's Opposition to the Motion [Doc. 47] and the Trustee's Reply to the Opposition [Doc. 48],

7   and having considered the statements of counsel made at the hearing on the Motion, and good

8   cause appearing,

9       **IT IS HEREBY ORDERED THAT:**

10       1.     The Motion is granted;

11       2.     The parties acknowledged that the Diamond Earrings (the "Property") identified in

12   the Motion and pursuant to the previous stipulations of the parties and orders thereon, [Docs. 36,

13   37, 43 and 44] have been placed in the possession of the Trustee, and that the same now are

14   contained in a safety-deposit box at a duly qualified and insured banking institution;

15       3.     That the Trustee shall maintain possession and control of the Property until such

16   time as the Property has been appraised, at which time the Trustee may notice a sale of the

17   Diamond Earrings.

18       4.     The Trustee shall them maintain the proceeds from the sale of the Property in a

19   segregated Trust account, subject to further order of the Court.

20   #  #  #

Date: July 11, 2022

                               Barry Russell
                               United States Bankruptcy Judge

-2-

390911