United States Bankruptcy Court

Central District of California

Miller,
    Plaintiff

Girardi,
    Defendant

Adv. Proc. No. 21-01155-BR

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jul 11, 2022      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: emiller@sulmeyerlaw.com | Jul 12 2022 00:52:00 | Elissa Miller, SulmeyerKupetz, A Professional Corporati, 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-1538 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | EJ Global, LLC, a limited liability company |
| dft | | Erika Girardi |
| dft | | Pretty Mess, Inc., a corporation |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig G Margulies | on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| Daniel A Lev | |

District/off: 0973-2     User: admin     Page 2 of 2
Date Rcvd: Jul 11, 2022     Form ID: pdf031     Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com dlev@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;daniel.lev@ecf.courtdrive.com;ccaldwell@sulmeyerlaw.com |
| Elissa Miller (TR) | CA71@ecfcbis.com MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com |
| Evan C Borges | on behalf of Defendant Pretty Mess Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | on behalf of Defendant EJ Global LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | on behalf of Defendant Erika Girardi eborges@ggtriallaw.com cwinsten@ggtriallaw.com |
| Frank X Ruggier | on behalf of Interested Party Courtesy NEF frank@ruggierlaw.com enotice@pricelawgroup.com |
| Larry W Gabriel | on behalf of Trustee Elissa Miller (TR) lgabrielaw@outlook.com tinadow17@gmail.com |
| Larry W Gabriel | on behalf of Plaintiff Elissa Miller lgabrielaw@outlook.com tinadow17@gmail.com |
| Ori S Blumenfeld | on behalf of Interested Party Courtesy NEF oblumenfeld@laklawyers.com nlessard@laklawyers.com;smcfadden@laklawyers.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Timothy J Yoo | on behalf of Interested Party Courtesy NEF tjy@lnbyb.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 13

LARRY W. GABRIEL [SBN 68329]
JENKINS MULLIGAN & GABRIEL LLP
585 Lorna Lane
Los Angeles, CA 90049
Telephone: 818.943.8992
Email:    lgabrielaw@outlook.com

Special Litigation Counsel for Plaintiff
Elissa D. Miller, Chapter 7 Trustee

**FILED & ENTERED**

**JUL 11 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY toliver    DEPUTY CLERK**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re GIRARDI KEESE,<br><br>　　　　　Debtor.<br><br>―――――――――――――――<br>ELISSA D. MILLER, Chapter 7 Trustee for the Estate of Girardi Keese,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ERIKA J. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>　　　　　Defendants. | Case No. 2:20-bk-21022-BR<br><br><br><br>Adv. Case: 2:21-ap-01155-BR<br><br>**ORDER RE CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF PERSONAL PROPERTY**<br><br>Date:　June 28, 2022<br>Time:　 2:00 p.m.<br>Place:　Courtroom 1668<br>　　　　Edward R. Roybal Federal Building<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012<br><br>Judge: Barry Russel |

　　　A hearing was held on June 28, 2022, at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, to consider the Motion of the Chapter 7 Trustee for an Order Compelling Turnover of Personal Property, the Declarations of Elissa D. Miller, Daphne Masin, and Larry W. Gabriel [Doc. 28] (the "Motion") and the Trustee's

-1-

390911

Request for Judicial Notice, [Doc. 29] filed by Elissa D. Miller, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Girardi Keese (the "Debtor"). Larry W. Gabriel of Jenkins Mulligan & Gabriel LLP appeared on behalf of the Trustee, and Evan C. Borges of Greenberg Gross LLP appeared on behalf of Erika Girardi.

The Court, having considered the Trustee's Motion and Request for Judicial Notice, Erika Girardi's Opposition to the Motion [Doc. 47] and the Trustee's Reply to the Opposition [Doc. 48], and having considered the statements of counsel made at the hearing on the Motion, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted;

2. The parties acknowledged that the Diamond Earrings (the "Property") identified in the Motion and pursuant to the previous stipulations of the parties and orders thereon, [Docs. 36, 37, 43 and 44] have been placed in the possession of the Trustee, and that the same now are contained in a safety-deposit box at a duly qualified and insured banking institution;

3. That the Trustee shall maintain possession and control of the Property until such time as the Property has been appraised, at which time the Trustee may notice a sale of the Diamond Earrings.

4. The Trustee shall them maintain the proceeds from the sale of the Property in a segregated Trust account, subject to further order of the Court.

\# \# \#

Date: July 11, 2022

Barry Russell
United States Bankruptcy Judge

-2-

390911