**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Girardi Keese<br><br>Debtor(s) | BAP/USDC NO.: 2:22-cv-05176-DSF<br>CASE NO.: 2:20-bk-21022-BR<br>ADVERSARY NO.: 2:21-ap-01155-BR<br>APPEAL DOCKET ENTRY NO.: 60 |
|---|---|
| Elissa Miller<br><br>Plaintiff(s)<br>vs.<br><br>Erika Girardi; Pretty Mess, Inc., a corporation; EJ Global, LLC, a limited liability company<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- ☐ Bankruptcy Appellate Panel of the Ninth Circuit
- ☒ U.S. District Court
- ☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Evan C. Borges
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

Attorney of Record for Appellee:
Larry Gabriel
585 Lorna Lane
Los Angeles, CA 90049

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- ☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- ☐ No transcripts were requested by either the Appellant or Appellee.
- ☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 08/30/2022          By: /s/ Sonny Milano_____
                              Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee
   ☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:
   Ori S Blumenfeld     oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
   Evan C Borges     eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
   Larry W Gabriel     lgabrielaw@outlook.com, tinadow17@gmail.com
   Daniel A Lev     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
   Craig G Margulies     Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;
   Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
   Elissa Miller (TR)     CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;
   cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
   Ronald N Richards     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
   Frank X Ruggier     frank@ruggierlaw.com, enotice@pricelawgroup.com
   Timothy J Yoo     tjy@lnbyb.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**