| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Larry W. Gabriel [SBN 68329]<br>JENKINS MULLIGAN & GABRIEL, LLP<br>585 Lorna Lane<br>Los Angeles, CA 90049<br>Tel: 818.943.8992<br>Email: lgabrielaw@outlook.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff, Elissa D. Miller | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>GIRARDI KEESE<br><br>Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br><br>ADVERSARY NO.: 2:21-ap-01155-BR<br><br>CHAPTER: 7 |
|---|---|
| ELISSA D. MILLER, Chapter 7 Trustee<br><br>Plaintiff(s).<br><br>vs.<br><br>ERIKA N. GIRARDI, and individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 12/13/2022<br>TIME:  10:00 a.m.<br>COURTROOM: 1668<br>ADDRESS:<br>Edward R. Roybal Federal Building<br>255 E Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 — Page 1 — F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below *(or on attached page)*:

Joint Statement: The case is at issue. The court's order approved the Trustee's Turnover Motion [ECF 28 (Motion, ECF 58, Order)]. The sale of the earrings is scheduled for December 7, 2022. The Defendant Mrs. Girardi appealed the Court's Order, without filing a bond. The appeal has been fully briefed. The hearing for argument of the appeal has not been set by the District Court.

Defendant: Based on newly-discovered evidence and events occurring after entry of the Turnover Order on July 11, 2022, Ms. Girardi is currently evaluating certain legal options, including motion practice before this Court.

Plaintiff: The Trustee rejects the Defendant contention. The issue was presented in the Defendant's Reply Brief. The Trustee moved, ex parte, to strike the Defendant's Reply Brief. The ex parte application has been fully briefed. The District Court has not rendered a decision on the ex part application as of the filing of this status report.

Joint Statement: The parties recently exchanged discovery, and served responses to the same. Several issues have been presented by the parties' respective responses. The parties are engaging in a meet and confer process to address those issues. The parties are also in the process of exchanging documents that have been requested, again, subject to meet and confer requirements. Although the parties believe in good faith they will resolve the discovery issues, it is possible that a motion to compel will be necessary to resolve one or more issues pertaining to the discovery. The Plaintiff has deposed the Defendant. No other depositions have been taken or noticed.

The parties have agreed to the following expert discovery schedule: designations of experts and exchange of reports on January 15, 2023; designations of any rebuttal experts and rebuttal expert reports by February 15, 2023; and expert discovery cut-off of March 15, 2023.

The parties wish to address with the Court the timing and process for withdrawal of the reference, given that Defendants have requested a jury trial and do not consent to a jury trial in the Bankruptcy Court. The parties are willing for the reference to be withdrawn with the expert discovery issues pending, to expediate the setting of this case for trial. Plaintiff estimates presenting between 50 to 100 exhibits at trial, some of which include bank statements. The parties will discuss a methodology to address this issue for the trial.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| Please see item 5 above. | Please see item 5 above. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Please see item 5 above. | Please see item 5 above. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| Please see item 5 above. | Please see item 5 above. |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Please see item 5 above. | Please see item 5 above. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial *(including rebuttal stage if applicable)*?

| Plaintiff | Defendant |
|---|---|
| Please see item 5 above. | Please see item 5 above. |

2. How many witnesses do you intend to call at trial *(including opposing parties)*?

| Plaintiff | Defendant |
|---|---|
| Please see item 5 above. | Please see item 5 above. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                   Page 2                                   F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Please see item 5 above. | Please see item 5 above. |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| Please see item 5 above. | Please see item 5 above. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 01/15/2023 | (date) 01/15/2023 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

The parties had previously engaged in settlement discussions over an extended period of time. No settlement was reached and at this time, all settlement proposals have been withdrawn.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes ☐ No | ☒ Yes ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 | Page 3 | F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

Respectfully submitted,

Date: 11/29/2022

Jenkins Mulligan & Gabriel, LLP
Printed name of law firm

/s/ Larry W. Gabriel
Signature

Larry W. Gabriel
Printed name

Attorney for: Plaintiff, Trustee Elissa D. Miller

Date: 11/29/2022

Greenberg Gross LLP
Printed name of law firm

/s/ Evan C. Borges
Signature

Evan C. Borges
Printed name

Attorney for: Defendants Erika Girardi, et al.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1 (a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 11/29/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* 11/29/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/29/2022 | Cheryl Winsten | /s/ Cheryl Winsten |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
**Elissa D. Miller. Chapter 7 Trustee v. Erika N. Girardi, et al.**
Case No. 2:21-ap-01155-BR

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ori S Blumenfeld** oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges** eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Alan W Forsley** alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel** lgabrielaw@outlook.com, tinadow17@gmail.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Craig G Margulies** Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **Elissa Miller (TR)** CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com; cheryl.caldwell@ecf.courtdrive.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Frank X Ruggier** frank@ruggierlaw.com, enotice@pricelawgroup.com
- **Amir Shakoorian** AShakoorian@GGTrialLaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo** tjy@lnbyb.com

3. **SERVED BY OVERNIGHT MAIL**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Suite 1668
Los Angeles, CA 90012