EVAN C. BORGES, State Bar No. 128706
 *EBorges@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendants Erika Girardi
EJ Global, LLC, and Pretty Mess, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>    Debtor.<br>___<br>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>    Defendants. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE TO ADDRESS ISSUES PRESENTED BY THE DISTRICT COURT'S ORDER OF MAY 1, 2023, REVERSING IN PART THE ORDER OF THE BANKRUPT COURT AND REMANDING FOR FURTHER PROCEEDINGS ("REMAND ORDER") [ECF DOC. 35]**<br><br>**Current Date of Status Conference:**<br>**Date:**   October 24, 2023<br>**Time:**   10:00 a.m.<br>**Ctrm:**   1668<br><br>**Proposed New Date for Hearing on Issues Presented by the District Court's Remand Order [ECF Doc. 35], and Status Conference:**<br>**Date:**   November 14, 2023<br>**Time:**   10:00 a.m.<br>**Ctrm:**   1668<br><br>**Judge:**   Hon. Barry Russell |

Plaintiff Elissa D. Miller, Chapter 7 trustee ("Trustee"), and defendants Erika Girardi, EJ Global, LLC, and Pretty Mess, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, and subject to the approval of this Court, hereby agree to this *Joint Stipulation and [Proposed] Order re Briefing Schedule To Address Issues Presented By The District Court's Order Of May 1, 2023, Reversing In Part The Order Of The Bankruptcy Court's and Remanding For Further Proceedings ("Remand Order")* [ECF Doc. 35] as follows:

1. The hearing on the Remand Order shall be held on November 14, 2023, at 10:00 a.m.

2. The Trustee's Opening Brief (along with any Opening Brief that Defendants may elect to file) shall be filed and served on or before October 21, 2023.

3. Defendants' Responsive Brief (and, as applicable, the Trustee's Responsive Brief) shall be filed and served on or before October 31, 2023.

4. The Trustee's Reply Brief (and, as applicable, Defendants' Reply Brief) shall be filed and served on or before November 7, 2023.

5. The Status Conference set for hearing on October 24, 2023, at 10:00 a.m. shall be continued to November 14, 2023, at 10:00 a.m., to be heard concurrently with the hearing on the Remand Order.

6. The Parties' joint status report shall be due 14 days prior to the continued Status Conference date. At the continued Status Conference, the Court will set a new date for the Final Pre-Trial Conference in this adversary proceeding.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  September 21, 2023 | JENKINS MULLIGAN & GABRIEL LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Larry W. Gabriel |
| | | Special Litigation Counsel to |
| 5 | | Elissa D. Miller, Chapter 7 Trustee |
| 6 | | |
| 7 | DATED:  September 21, 2023 | GREENBERG GROSS LLP |
| 8 | | |
| 9 | | By: _____ |
| | | Evan C. Borges |
| 10 | | Attorneys for Defendants Erika Girardi, EJ |
| 11 | | Global, LLC, and Pretty Mess, Inc. |

-3-

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON MOTION(S), AND
NOVEMBER 14, 2023 HEARING DATE ON MOTION(S) AND STATUS CONFERENCE

1 **[PROPOSED] ORDER**

2  Pursuant to and based on the facts set forth in the foregoing Stipulation, and good
3 cause appearing, the Stipulation is approved, and the terms of the Stipulation are hereby
4 ORDERED as an Order of this Court.

5

6  # # #

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON MOTION(S), AND
NOVEMBER 14, 2023 HEARING DATE ON MOTION(S) AND STATUS CONFERENCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): ***JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE TO ADDRESS ISSUES PRESENTED BY THE DISTRICT COURT'S ORDER OF MAY 1, 2023, REVERSING IN PART THE ORDER OF THE BANKRUPT COURT AND REMANDING FOR FURTHER PROCEEDINGS ("REMAND ORDER") [ECF DOC. 35]*** *will* be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 21, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 21, 2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 21, 2023 | Cheryl Winsten | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
**Elissa D. Miller. Chapter 7 Trustee v. Erika N. Girardi, et al.**
Case No. 2:21-ap-01155-BR

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ori S Blumenfeld**    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com

- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

- **Elissa Miller (TR)**    CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com

- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- **Frank X Ruggier**    frank@ruggierlaw.com

- **Amir Shakoorian**    AShakoorian@GGTrialLaw.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **Timothy J Yoo**    tjy@lnbyb.com

**3.**    **SERVED BY PERSONAL DELIVERY:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Courtroom 1668
Los Angeles, CA 90012