1  EVAN C. BORGES, State Bar No. 128706
   *EBorges@GGTrialLaw.com*
2  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
3  Costa Mesa, California 92626
   Telephone: (949) 383-2800
4  Facsimile: (949) 383-2801

5  Attorneys for Defendants Erika Girardi
   EJ Global, LLC, and Pretty Mess, Inc.
6

7              **UNITED STATES BANKRUPTCY COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter 7 |
| Debtor. | Adv No. 2:21-ap-01155-BR |
| ELISSA D. MILLER, Chapter 7 Trustee, | **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING DATES OF BRIEFING SCHEDULE TO ADDRESS ISSUES PRESENTED BY THE DISTRICT COURT'S ORDER OF MAY 1, 2023 REVERSING IN PART THE ORDER OF THE BANKRUPT COURT AND REMANDING FOR FURTHER PROCEEDINGS. ("REMAND ORDER") [ECF DOC. 35]** |
| Plaintiff, | |
| v. | |
| ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation, | |
| Defendants. | **Hearing on Issues Presented by the District Court's Remand Order [ECF Doc. 35] and and Status Conference**:<br>Date:    November 14, 2023<br>Time:    10:00 a.m.<br>Ctrm:    1668<br><br>Judge:    Hon. Barry Russell |

        Plaintiff Elissa D. Miller, Chapter 7 trustee ("Trustee"), and defendants Erika Girardi,

EJ Global, LLC, and Pretty Mess, Inc. ("Defendants") (collectively, the "Parties"), by and

through their undersigned counsel, and subject to the approval of this Court, hereby agree to

this the following modifications to *Joint Stipulation and Order re Briefing Schedule To*

*Address Issues Presented By The District Court's Order Of May 1, 2023, Reversing In*

*Part The Order Of The Bankruptcy Court's and Remanding For Further Proceedings*

_____
JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION RE
REMAND ORDER AND CONSOLIDATION ORDER

1  *("Remand Order")* [ECF Doc. 35] as follows:

2       1.      The hearing on the Remand Order shall be held on  November 14, 2023,  at

3  10:00 a.m.

4       2.      The Trustee's Opening Brief shall be filed and served on or before October

5  24, 2023;

6       3.      Defendants' Responsive Brief shall be filed and served on or before

7  November 1, 2023;

8       4.      Trustee's Reply Brief shall be filed and served on or before November 7,

9  2023.

10      IT IS SO STIPULATED.

11

12  DATED:  October 23, 2023          JENKINS MULLIGAN & GABRIEL LLP

13

14

15                                   By: _____

16                                       Larry W. Gabriel
                                         Special Litigation Counsel to
17                                       Elissa D. Miller, Chapter 7 Trustee

18  DATED:  October 23, 2023          GREENBERG GROSS LLP

19

20

21                                   By: _____
                                         Evan C. Borges
22                                       Attorneys for Defendants Erika Girardi, EJ
                                         Global, LLC, and Pretty Mess, Inc.
23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION RE
REMAND ORDER AND CONSOLIDATION ORDER

1

### [PROPOSED] ORDER

2    Pursuant to and based on the facts set forth in the foregoing Stipulation, and good

3  cause appearing, the Court hereby ORDERS as follows:

4    1.    The Parties' Stipulation is approved.

5    2.    For the reasons stated in the Stipulation, the Motion is set for hearing on

6  November 14, 2023 at 10:00 a.m.  Pursuant to LBR 9013-1, the Trustee shall file and serve

7  the Motion on or before October 24, 2023; Defendants' response shall be filed and served

8  on or before November 1, 2023, and the Trustee's reply shall be filed and served on or

9  before November 7, 2023.

10    3.    The Parties' joint status report shall be due 14 days prior to the Status

11  Conference date of November 14, 2023.

12                                    # # #

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION RE
REMAND ORDER AND CONSOLIDATION ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): ***JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING DATES OF BRIEFING SCHEDULE TO ADDRESS ISSUES PRESENTED BY THE DISTRICT COURT'S ORDER OF MAY 1, 2023 REVERSING IN PART THE ORDER OF THE BANKRUPT COURT AND REMANDING FOR FURTHER PROCEEDINGS. ("REMAND ORDER")[ECF DOC. 35]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 23, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 21, 2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 23, 2023 | Cheryl Winsten | |
|---|---|---|
| Date | Printed Name | Signature |

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION RE REMAND ORDER AND CONSOLIDATION ORDER

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
**Elissa D. Miller. Chapter 7 Trustee v. Erika N. Girardi, et al.**
Case No. 2:21-ap-01155-BR

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ori S Blumenfeld**    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com

- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

- **Elissa Miller (TR)**    CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com

- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- **Frank X Ruggier**    frank@ruggierlaw.com

- **Amir Shakoorian**    AShakoorian@GGTrialLaw.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **Timothy J Yoo**    tjy@lnbyb.com

3.    **SERVED BY PERSONAL DELIVERY:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Courtroom 1668
Los Angeles, CA 90012

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION RE
REMAND ORDER AND CONSOLIDATION ORDER