United States Bankruptcy Court
Central District of California

Miller,
    Plaintiff

Adv. Proc. No. 21-01155-BR

Girardi,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Oct 24, 2023      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: emiller@sulmeyerlaw.com | Oct 25 2023 02:56:00 | Elissa Miller, SulmeyerKupetz, A Professional Corporati, 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-1538 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | EJ Global, LLC, a limited liability company |
| dft | | Erika Girardi |
| dft | | Pretty Mess, Inc., a corporation |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Alan W Forsley

     on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Amir Shakoorian

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 24, 2023 | Form ID: pdf031 | Total Noticed: 1 |

    on behalf of Defendant EJ Global  LLC, a limited liability company AShakoorian@GGTrialLaw.com

Amir Shakoorian
    on behalf of Defendant Pretty Mess  Inc., a corporation AShakoorian@GGTrialLaw.com

Amir Shakoorian
    on behalf of Defendant Erika Girardi AShakoorian@GGTrialLaw.com

Craig G Margulies
    on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com
    Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Daniel A Lev
    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Elissa Miller (TR)
    CA71@ecfcbis.com
    MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com

Evan C Borges
    on behalf of Defendant Pretty Mess  Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges
    on behalf of Defendant EJ Global  LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges
    on behalf of Defendant Erika Girardi eborges@ggtriallaw.com  cwinsten@ggtriallaw.com

Frank X Ruggier
    on behalf of Interested Party Courtesy NEF frank@ruggierlaw.com

Larry W Gabriel
    on behalf of Trustee Elissa Miller (TR) lgabrielaw@outlook.com  tinadow17@gmail.com

Larry W Gabriel
    on behalf of Plaintiff Elissa Miller lgabrielaw@outlook.com  tinadow17@gmail.com

Ori S Blumenfeld
    on behalf of Interested Party Courtesy NEF oblumenfeld@lakklawyers.com
    nlessard@laklawyers.com;smcfadden@laklawyers.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Timothy J Yoo
    on behalf of Interested Party Courtesy NEF tjy@lnbyb.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 17

EVAN C. BORGES, State Bar No. 128706
  EBorges@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendants Erika Girardi
EJ Global, LLC, and Pretty Mess, Inc.

**FILED & ENTERED**

**OCT 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>    Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR |
| ELISSA D. MILLER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>    Defendants. | **AMENDED JOINT STIPULATION AND ORDER MODIFYING DATES OF BRIEFING SCHEDULE TO ADDRESS ISSUES PRESENTED BY THE DISTRICT COURT'S ORDER OF MAY 1, 2023 REVERSING IN PART THE ORDER OF THE BANKRUPTCY COURT AND REMANDING FOR FURTHER PROCEEDINGS. ("REMAND ORDER") [ECF DOC. 92]**<br><br>**Hearing on Issues Presented by the District Court's Remand Order [ECF Doc. 79] and Status on Pre-Trial Conference**:<br>Date:    November 14, 2023<br>Time:    10:00 a.m.<br>Ctrm:    1668<br><br>Judge:    Hon. Barry Russell |

Plaintiff Elissa D. Miller, Chapter 7 trustee ("Trustee"), and defendants Erika Girardi, EJ Global, LLC, and Pretty Mess, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, and subject to the approval of this Court, hereby agree to this the following modifications to *Joint Stipulation and Order re Briefing Schedule To Address Issues Presented By The District Court's Order Of May 1, 2023, Reversing In Part The Order Of The Bankruptcy Court's and Remanding For Further Proceedings*

*("Remand Order")* [ECF Doc. 92] as follows:

1. The hearing on the Remand Order shall be held on November 14, 2023, at 10:00 a.m.

2. The Trustee's Opening Brief shall be filed and served on or before October 24, 2023;

3. Defendants' Responsive Brief shall be filed and served on or before November 1, 2023;

4. Trustee's Reply Brief shall be filed and served on or before November 7, 2023.

IT IS SO STIPULATED.

DATED: October 24, 2023        JENKINS MULLIGAN & GABRIEL LLP

By: */s/ Larry W. Gabriel*
Larry W. Gabriel
Special Litigation Counsel to
Elissa D. Miller, Chapter 7 Trustee

DATED: October 24, 2023        GREENBERG GROSS LLP

By: */s/ Evan C. Borges*
Evan C. Borges
Attorneys for Defendants Erika Girardi, EJ Global, LLC, and Pretty Mess, Inc.

**ORDER**

Pursuant to and based on the facts set forth in the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

1. The Parties' Stipulation is approved.

2. For the reasons stated in the Stipulation, the Motion is set for hearing on November 14, 2023 at 10:00 a.m. Pursuant to LBR 9013-1, the Trustee shall file and serve the Motion on or before October 24, 2023; Defendants' response shall be filed and served on or before November 1, 2023, and the Trustee's reply shall be filed and served on or before November 7, 2023.

3. The Parties' joint status report shall be due 14 days prior to the Status on Pre-Trial Conference date of November 14, 2023.

###

Date: October 24, 2023

Barry Russell
United States Bankruptcy Judge

AMENDED JOINT STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION RE REMAND ORDER AND CONSOLIDATION ORDER