EVAN C. BORGES, State Bar No. 128706
 EBorges@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendants Erika Girardi
EJ Global, LLC, and Pretty Mess, Inc.

**FILED & ENTERED**

**NOV 08 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>    Debtor.<br><br>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>    Defendants. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR<br><br>**JOINT STIPULATION AND ORDER MODIFYING DATES OF BRIEFING SCHEDULE TO ADDRESS ISSUES PRESENTED BY THE DISTRICT COURT'S ORDER OF MAY 1, 2023 REVERSING IN PART THE ORDER OF THE BANKRUPTCY COURT AND REMANDING FOR FURTHER PROCEEDINGS. ("REMAND ORDER") [ECF DOC. 97]**<br><br>**Hearing on Issues Presented by the District Court's Remand Order [ECF Doc. 79] and Status on Pre-Trial Conference**:<br>Date:    November 14, 2023<br>Time:    10:00 a.m.<br>Ctrm:    1668<br><br>Judge:    Hon. Barry Russell |

Plaintiff Elissa D. Miller, Chapter 7 trustee ("Trustee"), and defendants Erika Girardi, EJ Global, LLC, and Pretty Mess, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, and subject to the approval of this Court, hereby agree to the following slight modification to the *Amended Joint Stipulation and Order Modifying Dates of Briefing Schedule To Address Issues Presented By The District Court's Order Of*

*May 1, 2023 Reversing In Part The Order Of The Bankruptcy Court and Remanding For Further Proceedings ("Remand Order")* [ECF Doc. 97] as follows:

1. The hearing on the Remand Order shall remain on calendar on November 14, 2023 at 10:00 a.m.

2. The Trustee's Opening Brief was timely filed and served on October 24, 2023;

3. The Parties' Joint Status Report was timely filed and served on October 31, 2023;

4. Pursuant to a verbal agreement among the parties, Defendants' Responsive Brief was filed and served shortly after midnight on November 4, 2023; and

5. Trustee's Reply Brief shall be filed and served on or before November 9, 2023.

IT IS SO STIPULATED.

DATED:  November 6, 2023        JENKINS MULLIGAN & GABRIEL LLP


By: */s/ Larry W. Gabriel*
Larry W. Gabriel
Special Litigation Counsel to
Elissa D. Miller, Chapter 7 Trustee


DATED:  November 6, 2023        GREENBERG GROSS LLP


By: */s/ Evan C. Borges*
Evan C. Borges
Attorneys for Defendants Erika Girardi, EJ Global, LLC, and Pretty Mess, Inc.

**ORDER**

Pursuant to and based on the facts set forth in the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

1. The Parties' Stipulation is approved.

2. For the reasons stated in the Stipulation, the hearing on the Remand Order remains set for November 14, 2023 at 10:00 a.m. Pursuant to LBR 9013-1, the Trustee's reply shall be filed and served on or before November 9, 2023.

# # #

Date: November 8, 2023

*Barry Russell*
Barry Russell
United States Bankruptcy Judge