| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Evan C. Borges (Bar No. 128706)<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626<br>Telephone: 949-383-2800<br>Facsimile: 949-383-2801<br>Email: EBorges@GGTrialLaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendants Erika Girardi, et al. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRIBUTION OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GIRARDI KEESE<br><br>Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br>ADVERSARY NO.: 2:21-ap-01155-BR<br>CHAPTER: 7 |
|---|---|
| ELISSA D. MILLER, Chapter 7 Trustee<br><br>Plaintiff(s).<br>vs.<br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 01/16/2024<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>ADDRESS: Edward R. Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes   ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes   ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes   ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*          Page 1          **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

   The case is at issue.  Please see the parties' concurrently filed Stipulation and [Proposed] Order Re:
   (1) Discovery and Further Briefing Schedule On Issues Presented By District Court's Remand Order,
   (2) Continued Hearing Date on Trustee's Brief Regarding Remand Order, and (3) Continued Hearing Date on Status Conference Re Remand Order and Final Pre-Trial Conference (Dkt. 108).

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Please see Item A5 above | Please see Item A5 above |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | Please see Item A5 above | Please see Item A5 above |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | Please see Item A5 above | Please see Item A5 above |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Please see Item A5 above | Please see Item A5 above |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | Please see Item A5 above | Please see Item A5 above |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | Please see Item A5 above | Please see Item A5 above |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Please see Item A5 above | Please see Item A5 above |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| Please see Item A5 above | Please see Item A5 above |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) _____ | (*date*) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
   The parties had previously engaged in settlement discussions over an extended period of time. No settlement was reached, but settlement negotiations have resumed and are ongoing.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*          Page 3          **F 7016-1.STATUS.REPORT**

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|  Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Please see the parties' concurrently filed Stipulation and [Proposed] Order Re: (1) Discovery and Further Briefing Schedule On Issues Presented By District Court's Remand Order, (2) Continued Hearing Date on Trustee's Brief Regarding Remand Order, and (3) Continued Hearing Date on Status Conference Re Remand Order and Final Pre-Trial Conference (Dkt. 108).

Respectfully submitted,

Date: 01/02/2024

Jenkins Mulligan & Gabriel, LLP
Printed name of law firm

*/s/ Larry W. Gabriel*
Signature

Larry W. Gabriel
Printed name

Attorney for: Plaintiff, Trustee Elissa D. Miller

Date: 01/02/2024

Greenberg Gross LLP
Printed name of law firm

*/s/ Evan C. Borges*
Signature

Evan C. Borges
Printed name

Attorney for: Defendants Erika Girardi, et al.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*          Page 4          F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/02/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/02/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/02/2024 | Cheryl Winsten | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 5                                F 7016-1.STATUS.REPORT

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
**Elissa D. Miller. Chapter 7 Trustee v. Erika N. Girardi, et al.**
Case No. 2:21-ap-01155-BR

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ori S Blumenfeld**   oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com

- **Evan C Borges**   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net,addy@flpllp.com

- **Larry W Gabriel**   lgabrielaw@outlook.com, tinadow17@gmail.com

- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com

- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com; cheryl.caldwell@ecf.courtdrive.com

- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- **Frank X Ruggier**   frank@ruggierlaw.com

- **Amir Shakoorian**   AShakoorian@GGTrialLaw.com

- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

- **Timothy J Yoo**   tjy@lnbyb.com

**3.**   **SERVED BY PERSONAL SERVICE:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Courtroom 1668
Los Angeles, CA 90012