United States Bankruptcy Court

Central District of California

Miller,
    Plaintiff

Adv. Proc. No. 21-01155-BR

Girardi,
    Defendant

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: emiller@sulmeyerlaw.com | Jan 04 2024 00:55:00 | Elissa Miller, SulmeyerKupetz, A Professional Corporati, 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-1538 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | EJ Global, LLC, a limited liability company |
| dft | | Erika Girardi |
| dft | | Pretty Mess, Inc., a corporation |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Alan W Forsley

    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Amir Shakoorian

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf031 | Total Noticed: 1 |

on behalf of Defendant EJ Global LLC, a limited liability company AShakoorian@GGTrialLaw.com

Amir Shakoorian

on behalf of Defendant Pretty Mess Inc., a corporation AShakoorian@GGTrialLaw.com

Amir Shakoorian

on behalf of Defendant Erika Girardi AShakoorian@GGTrialLaw.com

Craig G Margulies

on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Daniel A Lev

on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Elissa Miller (TR)

CA71@ecfcbis.com
MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com

Evan C Borges

on behalf of Defendant Pretty Mess Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges

on behalf of Defendant EJ Global LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges

on behalf of Defendant Erika Girardi eborges@ggtriallaw.com cwinsten@ggtriallaw.com

Frank X Ruggier

on behalf of Interested Party Courtesy NEF frank@ruggierlaw.com

Larry W Gabriel

on behalf of Trustee Elissa Miller (TR) lgabrielaw@outlook.com tinadow17@gmail.com

Larry W Gabriel

on behalf of Plaintiff Elissa Miller lgabrielaw@outlook.com tinadow17@gmail.com

Ori S Blumenfeld

on behalf of Interested Party Courtesy NEF oblumenfeld@lakklawyers.com
ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Ronald N Richards

on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Timothy J Yoo

on behalf of Interested Party Courtesy NEF tjy@lnbyb.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 17

| | |
|---|---|
| 1 | EVAN C. BORGES, State Bar No. 128706 |
| |   EBorges@GGTrialLaw.com |
| 2 | GREENBERG GROSS LLP |
| | 650 Town Center Drive, Suite 1700 |
| 3 | Costa Mesa, California 92626 |
| | Telephone: (949) 383-2800 |
| 4 | Facsimile: (949) 383-2801 |

**FILED & ENTERED**

**JAN 03 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

Attorneys for Defendants Erika Girardi
EJ Global, LLC, and Pretty Mess, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter 7 |
| Debtor. | Adv No. 2:21-ap-01155-BR |
| ELISSA D. MILLER, Chapter 7 Trustee, | **ORDER RE: (1) DISCOVERY AND FURTHER BRIEFING SCHEDULE ON ISSUES PRESENTED BY DISTRICT COURT'S REMAND ORDER, (2) CONTINUED HEARING DATE ON TRUSTEE'S BRIEF REGARDING REMAND ORDER, AND (3) CONTINUED HEARING DATE ON STATUS CONFERENCE RE REMAND ORDER AND FINAL PRE-TRIAL CONFERENCE (DKT. 107)** |
| Plaintiff, | |
| v. | |
| ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation, | |
| Defendants. | |
| | Status Hearing on the Remand and Final Pre-Trial Conference: |
| | Date:   January 16, 2024 |
| | Time:   10:00 a.m. |
| | Crtrm:  1668 |
| | Judge:  Hon. Barry Russell |

ORDER

Pursuant to and based on the facts set forth in the Parties' Stipulation (Dkt. 108), and good cause appearing, the Court hereby ORDERS as follows:

1. The Parties' Stipulation is approved.

2. For the reasons stated in the Stipulation:

    a. On or before January 10, 2024, the Trustee will serve written responses and objections to Defendants' Requests for Documents and, consistent therewith, the Trustee shall make a document production to Defendants that same day.

    b. On a mutually convenient date to be agreed upon by counsel at any time between January 22, 2024 and January 31, 2024, Defendants shall have the right to take the deposition of Mr. Troszak pursuant to the previously served Notice of Deposition.

    c. On or before February 14, 2024, Defendants shall serve and file a Supplemental Opposition to the Trustee Brief Regarding Remand Order.

    d. On or before February 23, 2024, the Trustee shall serve and file any reply papers in response to Defendants' Supplemental Opposition.

    e. The hearing date on the Trustee Brief Regarding Remand Order shall be set for 10:00 a.m. on March 5, 2024.

f. The current hearing date on the Status Conference regarding Remand Order and Setting Date for Final Pre-Trial Conference shall be continued from its current time of 10:00 a.m. on January 16, 2024 to 10:00 a.m. on March 5, 2024.

# # #

Date: January 3, 2024

*Barry Russell*

Barry Russell
United States Bankruptcy Judge

-3-
STIPULATION AND ORDER