EVAN C. BORGES, State Bar No. 128706
  *EBorges@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendants Erika Girardi
EJ Global, LLC, and Pretty Mess, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter 7 |
| Debtor. | Adv No. 2:21-ap-01155-BR |
| ELISSA D. MILLER, Chapter 7 Trustee, | **STIPULATION AND [PROPOSED] ORDER RE: (1) DISCOVERY AND FURTHER BRIEFING SCHEDULE ON ISSUES PRESENTED BY DISTRICT COURT'S REMAND ORDER, (2) CONTINUED HEARING DATE ON TRUSTEE'S BRIEF REGARDING REMAND ORDER, AND (3) CONTINUED HEARING DATE ON STATUS CONFERENCE RE REMAND ORDER AND FINAL PRE-TRIAL CONFERENCE (DKT. 113)** |
| Plaintiff, | |
| v. | |
| ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation, | |
| Defendants. | |
| | Current Hearing on Remand Issues and Status Conference: |
| | Date:    May 28, 2024<br>Time:    10:00 a.m.<br>Crtrm:    1668 |
| | Proposed Continued Hearing Date: |
| | Date:    July 16, 2024<br>Time:    10:00 a.m.<br>Crtrm:    1668 |
| | Judge:    Hon. Barry Russell |

Plaintiff Elissa D. Miller, Chapter 7 trustee ("Trustee"), and defendants Erika Girardi, EJ Global, LLC, and Pretty Mess, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, and subject to the approval of this Court, hereby agree to the following *Stipulation and [Proposed] Order Re:  (1) Discovery and Further Briefing Schedule On Issues Presented By District Court's Remand Order, (2) Continued Hearing Date on Trustee's Brief Regarding Remand Order, and (3) Continued Hearing Date on Status Conference Re Remand Order and Final Pre-Trial Conference (Dkt. 113)* (the "Stipulation"), based upon the following facts:

A.      On November 14, 2023, at 10:00 a.m., this Court held a hearing on:

      i.      The Trustee's Opening Brief Addressing Issues Presented by District Court's Remand Order (the "Trustee Brief Regarding Remand Order") (Dkt. 98), in response to which Defendants had filed an Opposition and Request for Continuance of Hearing to Conduct Discovery (Dkt. 102), and in support of which the Trustee had filed a Reply Brief (Dkt. 105).

      ii.      A Status Conference on the District Court's prior Remand Order as well as on setting a date for a Final Pre-Trial Conference in this adversary proceeding.

B.      At the November 14 hearing, the Court ruled that Defendants were entitled to discovery and set a continued hearing date on January 16, 2024, at 10:00 a.m., as a Status Conference.

C.      On December 2, 2023, Defendants served the Trustee with discovery; specifically, a Rule 34 Request for Production of Documents and a Notice of Deposition of Nicholas Troszak ("Troszak"), the accountant who provided a declaration in support of the above-referenced Trustee Brief Regarding Remand Order.

D.      On January 2, 2024, the Parties filed their *Stipulation and [Proposed] Order Re:  (1) Discovery and Further Briefing Schedule On Issues Presented By District Court's Remand Order, (2) Continued Hearing Date on Trustee's Brief Regarding Remand Order,*

*and (3) Continued Hearing Date on Status Conference Re Remand Order and Final Pre-Trial Conference* (Dkt. 108).

E.      On January 3, 2024, the Court issued its *Order Re:  (1) Discovery and Further Briefing Schedule On Issues Presented By District Court's Remand Order, (2) Continued Hearing Date on Trustee's Brief Regarding Remand Order, and (3) Continued Hearing Date on Status Conference Re Remand Order and Final Pre-Trial Conference* (Dkt. 110) and continued the hearing date on the Trustee's Brief Regarding Remand Order and the Hearing Date on Status Conference Re Remand Order and Final Pre-Trial Conference to 10:00 a.m. on March 5, 2024.

F.      On January 10, 2024, the Trustee served written responses and objections to Defendants' Requests for Documents, and on January 11, 2024, the Trustee served her electronic document production.

G.      On January 26, 2024, the Trustee advised Defendants that Mr. Troszak was scheduled for neck and back surgery at Mayo clinic which could potentially delay the Parties' ability to take his deposition.

H.      On February 15, 2024, the Parties filed their *Stipulation and [Proposed] Order Re:  (1) Discovery and Further Briefing Schedule On Issues Presented By District Court's Remand Order, (2) Continued Hearing Date on Trustee's Brief Regarding Remand Order, and (3) Continued Hearing Date on Status Conference Re Remand Order and Final Pre-Trial Conference* (Dkt. 112).

I.      On February 15, 2024, the Court issued its *Order Re:  (1) Discovery and Further Briefing Schedule On Issues Presented By District Court's Remand Order, (2) Continued Hearing Date on Trustee's Brief Regarding Remand Order, and (3) Continued Hearing Date on Status Conference Re Remand Order and Final Pre-Trial Conference* (Dkt. 113) and continued the hearing date on the Trustee's Brief Regarding Remand Order and the Hearing Date on Status Conference Re Remand Order and Final Pre-Trial Conference to 10:00 a.m. on May 28, 2024.

J.      Defendants noticed Mr. Troszak's deposition for March 21, 2024.  Counsel

for the Trustee came down with "Covid" on or about March 18, 2024.  As a result,  the Parties were unable to complete Mr. Troszak's deposition before Mr. Troszak became medically unavailable to sit for his deposition until early May 2024.

NOW, THEREFORE, based on the foregoing facts, and subject to the approval of this Court, the Parties hereby stipulate and agree as follows:

1.      On a mutually convenient date to be agreed upon by counsel at any time between May 1, 2024 and May 17, 2024, Defendants shall have the right to take the deposition of Mr. Troszak pursuant to the previously served Notice of Deposition.

2.      On or before May 31, 2024, the Trustee shall serve and file a Supplemental Brief Regarding Remand Order.

3.      On or before June 14, 2024, Defendants shall serve and file an Opposition to the Trustee's Supplemental Brief Regarding Remand Order.

4.      On or before June 28, 2024, the Trustee shall serve and file any reply papers in response to Defendants' Opposition to the Trustee's Supplemental Brief Regarding Remand Order.

5.      The hearing date on the Trustee's Supplemental Brief Regarding Remand Order shall be set for 10:00 a.m. on July 16, 2024.

6.      The current above-referenced hearing date shall be continued from its current time of 10:00 a.m. on May 28, 2024 to 10:00 a.m. on July 16, 2024, or such other date the Court may order.

IT IS SO STIPULATED.

DATED:  April 15, 2024                    JENKINS MULLIGAN & GABRIEL LLP


By:  _____

Larry W. Gabriel
Special Litigation Counsel to
Elissa D. Miller, Chapter 7 Trustee

1  DATED:  April 15, 2024        GREENBERG GROSS LLP

By: _____

Evan C. Borges
Attorneys for Defendants Erika Girardi, EJ
Global, LLC, and Pretty Mess, Inc.

STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Pursuant to and based on the facts set forth in the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

1.    The Parties' Stipulation is approved.

2.    For the reasons stated in the Stipulation:

    a.    On a mutually convenient date to be agreed upon by counsel at any time between May 1, 2024 and May 17, 2024, Defendants shall have the right to take the deposition of Mr. Troszak pursuant to the previously served Notice of Deposition.

    b.    On or before May 31, 2024, the Trustee shall serve and file a Supplemental Brief Regarding Remand Order.

    c.    On or before June 14, 2024, Defendants shall serve and file an Opposition to the Trustee's Supplemental Brief Regarding Remand Order.

    d.    On or before June 28, 2024, the Trustee shall serve and file any reply papers in response to Defendants' Opposition to the Trustee's Supplemental Brief Regarding Remand Order.

    e.    The hearing date on the Trustee's Supplemental Brief Regarding Remand Order shall be set for 10:00 a.m. on July 16, 2024.

    f.    The current above-referenced hearing date shall be continued from its current time of 10:00 a.m. on May 28, 2024 to 10:00 a.m. on July 16, 2024, or such other date the Court may order.

# # #

STIPULATION AND [PROPOSED] ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): ***STIPULATION AND [PROPOSED] ORDER RE:  (1) DISCOVERY AND FURTHER BRIEFING SCHEDULE ON ISSUES PRESENTED BY DISTRICT COURT'S REMAND ORDER, (2) CONTINUED HEARING DATE ON TRUSTEE'S BRIEF REGARDING REMAND ORDER, AND (3) CONTINUED HEARING DATE ON STATUS CONFERENCE RE REMAND ORDER AND FINAL PRE-TRIAL CONFERENCE (DKT. 113)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 15, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____**,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 15, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 15, 2024 | Cheryl Winsten | |
|---|---|---|
| Date | Printed Name | Signature |

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
**Elissa D. Miller. Chapter 7 Trustee v. Erika N. Girardi, et al.**
Case No. 2:21-ap-01155-BR

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ori S Blumenfeld**      oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

- **Evan C Borges**      eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

- **Alan W Forsley**      alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

- **Larry W Gabriel**      lgabrielaw@outlook.com, tinadow17@gmail.com

- **Daniel A Lev**      daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

- **Craig G Margulies**      Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

- **Elissa Miller (TR)**      CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com

- **Ronald N Richards**      ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- **Frank X Ruggier**      frank@ruggierlaw.com

- **Amir Shakoorian**      AShakoorian@GGTrialLaw.com

- **United States Trustee (LA)**      ustpregion16.la.ecf@usdoj.gov

- **Timothy J Yoo**      tjy@lnbyb.com

**3.      SERVED BY OVERNIGHT MAIL:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Courtroom 1668
Los Angeles, CA 90012

STIPULATION AND [PROPOSED] ORDER