EVAN C. BORGES, State Bar No. 128706
  EBorges@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendants Erika Girardi
EJ Global, LLC, and Pretty Mess, Inc.

FILED & ENTERED

MAY 15 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>　　　　Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>Adv No. 2:21-ap-01155-BR |
| ELISSA D. MILLER, Chapter 7 Trustee,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>　　　　Defendants. | **ORDER RE:  (1) DISCOVERY AND FURTHER BRIEFING SCHEDULE ON ISSUES PRESENTED BY DISTRICT COURT'S REMAND ORDER, (2) CONTINUED HEARING DATE ON TRUSTEE'S BRIEF REGARDING REMAND ORDER, AND (3) CONTINUED HEARING DATE ON STATUS CONFERENCE RE REMAND ORDER AND FINAL PRE-TRIAL CONFERENCE (DKT. 116)**<br><br><u>Current Hearing on Remand Issues and Status Conference:</u><br><br>Date:　July 16, 2024<br>Time:　10:00 a.m.<br>Crtrm:　1668<br><br><u>Continued Hearing Date:</u><br><br>Date:　September 10, 2024<br>Time:　10:00 a.m.<br>Crtrm:　1668<br><br>Judge:　Hon. Barry Russell |

ORDER

## **ORDER**

Pursuant to and based on the facts set forth in the foregoing Stipulation (Dkt. 118), and good cause appearing, the Court hereby ORDERS as follows:

1. The Parties' Stipulation is approved.
2. For the reasons stated in the Stipulation:

    a. On a mutually convenient date to be agreed upon by counsel at any time between July 1, 2024 and July 19, 2024, Defendants shall have the right to take the deposition of Mr. Troszak pursuant to the previously served Notice of Deposition.

    b. On or before August 2, 2024, the Trustee shall serve and file a Supplemental Brief Regarding Remand Order.

    c. On or before August 16, 2024, Defendants shall serve and file an Opposition to the Trustee's Supplemental Brief Regarding Remand Order.

    d. On or before August 30, 2024, the Trustee shall serve and file any reply papers in response to Defendants' Opposition to the Trustee's Supplemental Brief Regarding Remand Order.

    e. The hearing date on the Trustee's Supplemental Brief Regarding Remand Order shall be set for 10:00 a.m. on September 10, 2024.

f.  The current above-referenced hearing date shall be continued from its current time of 10:00 a.m. on July 16, 2024 to 10:00 a.m. on September 10, 2024.

# # #

Date: May 15, 2024

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

-3-
ORDER