Larry W Gabriel, State Bar No. 68329
JENKINS MULLIGAN & GABRIEL LLP
585 Lorna Lane
Los Angeles, California 90049
Tel: 818.943.8992
Email: lgabrielaw@outlook.com

Special Litigation Counsel for Plaintiff,
Elissa D. Miller, Chapter 7 Trustee, Estate of Girardi Keese

**FILED & ENTERED**

**OCT 23 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor, | Case No. 2:20-bk-21022-BR<br><br>Chapter 7 |
| ELISSA D. MILLER, chapter 7 trustee for the estate of Girardi Keese,<br><br>Plaintiff,<br><br>vs.<br><br>ERIKA J. GIRARDI, an individual; EJ Global LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>Defendants. | Adv. No. 2:21-ap-01155-BR<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF PERSONAL PROPERTY [ECF DOC. 28]**<br><br>**Judge:  Hon. Barry Russell** |

A hearing was held on September 24, 2024 at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, to consider upon remand after appeal, the Motion of the Chapter 7 Trustee for an Order Compelling Turnover of Personal

Order re Turnover Motion

Property, the Declarations of Elissa D. Miller, Daphne Masin, and Larry W. Gabriel [ECF Doc. 28] (the "Motion").

The Court, having considered the Trustee's Motion, Erika Girardi's preliminary opposition [Adv. ECF Doc. 31]; Erika Girardi's Opposition to the Turnover Motion and Declaration of Erika Girardi [Adv. ECF Docs. 47, 47-1]; the Trustee's Reply to Erika Girardi's Opposition to Turnover Motion [Adv. ECF Doc. 48]; the May 1, 2023 Order of the United States District Court affirming in part and reversing in part, this Court's Order of June 28, 2022 [Adv. ECF Doc. 58] in the case *Miller v. Girardi,* 671 F. Supp. 1053 (2023) *(In re Keese)*, [D.C. ECF Doc. 35]; the Trustee's Opening Brief Addressing Issues Presented by District Court's Remand Order, Declaration of Nicholas R. Troszak, [ECF Doc. 98] and Request for Judicial Notice, [ECF Doc. 99]; Erika Girardi's opposition to Trustee's Opening Brief Addressing Issues Presented by the District Court's Remand Order, Declaration of Nicholas R. Troszak [Doc.98] and Request for Judicial Notice [Doc. 99] [Adv. ECF Doc. 102]; the Trustee's Reply to Erika Girardi's Opposition [105]; the Trustee's Supplemental Brief and Supplemental Declaration of Nicholas R. Troszak in support of her Turnover Motion [Adv. ECF Doc. 124]; The Opposition of Defendant Erika Girardi to: Trustee's Supplemental Memorandum of Points and Authorities Addressing Issues Presented by District Court's Remand Order [DOC. 124], Declaration Evan Borges [Adv. ECF Docs. 125, 125-1, 125-2] and the Trustee's Reply to Erika Girardi's Supplement Opposition, Supplemental RFJN and Responses to Erika Girardi's Evidentiary Objections [Adv. ECF Docs. 129-131]; and, after hearing the argument of counsel at a hearing held on September 24, 2024, with all parties represented, and the Court being fully advised in the premises, and based upon the Findings of Fact and Conclusions of Law filed concurrently herewith:

**IT IS HEREBY ORDERED THAT:**

1. Erika Girardi's Evidentiary Objections are denied.

2. The Motion is granted.

3. The proceeds from the sale of the diamond earrings now being held in a segregated Trust Account is Estate Property.

Order re Turnover Motion

4. The Trustee may transfer the proceeds of the sale of from the segregated Trust Account to the Trustee's Girardi Keese general account

\* \* \* \*

Date: October 23, 2024

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge