| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>LARRY W. GABRIEL [SBN 68329]<br>JENKINS MULLIGAN & GABRIEL LLP<br>585 Lorna Lane<br>Los Angeles, CA 90049<br>Telephone:  818.943.8992<br>Email:    lgabrielaw@outlook.com<br><br>☐ *Individual appearing without attorney*<br>☒ Special Litigation Counsel for Plaintiff<br>   Elissa D. Miller, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>In re GIRARDI KEESE,<br><br>                                                     Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:21-ap-01155-BR |
|---|---|
| ELISSA D. MILLER, Chapter 7 Trustee for the Estate of Girardi Keese,<br><br>                                                     Plaintiff(s),<br><br>vs.<br><br>ERIKA J. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>                                                     Defendant. | **NOTICE OF LODGMENT OF SCHEDULING ORDER FOLLOWING STATUS CONFERENCE OCTOBER 29, 2024** |

PLEASE TAKE NOTE that the order or judgment titled **SCHEDULING ORDER FOLLOWING STATUS CONFERENCE OCTOBER 29, 2024** was lodged on (*date*) November 6, 2024 and is attached.  This order relates to the motion which is docket number 1.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                      Page 1                                              F 9021-1.2.ADV.NOTICE.LODGMENT

# EXHIBIT A

## **ORDER**

The Court, having reviewed the status conference report [ECF Doc. 136] and being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1. Discovery Cut Off: January 7, 2025.

2. Pre-Trial Conference: January 28, 2025, 10 a.m.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
8001 Lurline Avenue, Winnetka, CA  91306.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF SCHEDULING ORDER FOLLOWING STATUS CONFERENCE OCTOBER 29, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 6, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **November 6, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
U.S. Bankruptcy Court
255 East Temple, Ctrm. 1668
Los Angeles, CA  90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 6, 2024 | KRISTINA DOW | Kristina Dow |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Ori S Blumenfeld**   oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- **Evan C Borges**   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Larry W Gabriel**   lgabrielaw@outlook.com, tinadow17@gmail.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Craig G Margulies**   craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Frank X Ruggier**   frank@ruggierlaw.com
- **Amir Shakoorian**   amir.shakoorian@hklaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo**   tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         Page 3                         **F 9021-1.2.ADV.NOTICE.LODGMENT**