

**FILED & ENTERED**

**JAN 28 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter: 7 |
| | Adversary No.: 2:21-ap-01155-BR |
| Debtor(s), | ORDER GRANTING TRANSFER OF CASE TO DISTRICT COURT FOR TRIAL AND ALL FURTHER PROCEEDINGS |
| ELISSA, D. MILLER, TRUSTEE, | |
| Plaintiff(s), | |
| Vs. | Date: JANUARY 28, 2025<br>Time: 10:00 A.M.<br>Location: 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |
| ERIKA N. GIRARDI, AN INDIVIDUAL; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation, | |
| Defendant(s). | |

- 1

This matter is before the Court on the "Complaint for 1) Declaratory Relief; 2) Turnover Of Property Of The Estate Pursuant to 11 U.S.C. Section 542; 3) Avoidance And Recovery Of Fraudulent Transfer; 4) Conversion; 5) Constructive Trust; 6) Account Stated;  7) Open Book Account; 8) Money Had And Received; 9) Unjust Enrichment; and 10) Accounting.  A pre-trial conference was held on January 28, 2025.  Appearances were noted on the record.

Having read the Joint Pre-trial Stipulation and Order between Plaintiff and Defendant filed with the Court on January 14, 2025, including Defendant's timely demand for jury trial and requested the matter to be tried in District Court, Based thereon and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

That the instant Case shall be immediately transferred to the United States District Court for the Central District of California for trial and for all further proceeding.

**IT IS SO ORDERED.**

Date: January 28, 2025

_____
Barry Russell
United States Bankruptcy Judge