# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re:

Girardi Keese

DEBTOR.

DISTRICT COURT CASE NUMBER
2:25-cv-01038-AH

BANKRUPTCY COURT CASE NUMBER
2:20-bk-21022-BR

ADVERSARY CASE NUMBER
2:21-ap-01155-BR

## NOTICE OF REFERRAL OF BANKRUPTCY MATTER

This matter has been referred to the U.S. District Court, Central District of California. The District Court has assigned to this matter the case number shown above. Hereafter, *this District Court case number* **must** appear on all documents filed in this case, along with the Bankruptcy Court case number(s) and adversary case number(s) (if any) shown above.

The case has been assigned to United States District Judge _____Anne Hwang_____, whose initials appear at the end of this District Court case number. It is very important to include the initials after the District Court case number because documents are routed to the assigned judge by means of these initials.

Be advised that pursuant to Local Rule 83-1.3.1, parties are **required** to notify the Court of any cases previously filed with the District Court that appear to be related to this bankruptcy appeal.

Unless exempted by the Court's local rules, all briefs must be e-filed using the District Court's CM/ECF System. Pro se litigants shall continue to present all documents to the Clerk for filing in paper format, unless otherwise ordered by the Court. Documents received by the Clerk from pro se litigants will be scanned by the Clerk into the CM/ECF System.

Clerk, U.S. District Court

2/6/2025
Date

By M. Robles Vazquez (213)894-3535
Deputy Clerk

cc: Bankruptcy Judge

CV-64 (12/15)     NOTICE OF REFERRAL OF BANKRUPTCY MATTER